USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/26/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, STATE OF NEW YORK *ex rel.* CLIFFORD WEINER,

Plaintiffs,

- against -

SIEMENS AG *et al.*,

Defendants.

---

12 Civ. 1466 (ALC)

Order

# ORDER

Upon consideration of the letter application, dated June 22, 2018, submitted by the United States, it is hereby ORDERED that:

1. The plaintiff-relator's *qui tam* complaint, all Court orders, and the Government's Notice of Decision to Decline Intervention with Respect to Relator's Complaint shall be unsealed after entry of this order. All other documents submitted to the Court prior to entry of this order shall remain under seal and not be made public.

2. The seal shall be lifted as to all matters occurring in this action subsequent to the entry of this order.

Dated: June 26, 2018

SO ORDERED:

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE