# EXHIBIT A

Page 5

## SECTION B
## BIDDER'S BID AND AFFIRMATION
## REQUIRED PROVISIONS, TERMS, AND INFORMATION FOR BIDDING

### SECTION B1
### BIDDER AFFIRMATION

The undersigned bidder affirms and declares that said bidder is not in arrears to the City of New York upon debt, Contract or taxes and is not a defaulter, as surety or otherwise, upon obligation to the City of New York, and has not been declared not responsible, or disqualified, by any agency of the City of New York, nor is there any proceeding pending relating to the responsibility or qualification of the proposer or bidder to receive public Contracts except _____.

Full name of Bidder : SCHLESINGER · SIEMENS ELECTRICAL, LLC

_____ c/o JEFF DEURLEIN _____

Address: _____ 100 TECHNOLOGY DRIVE _____

_____

City ALPHARETTA State GA Zip Code 30005

CHECK ONE BOX AND INCLUDE APPROPRIATE NUMBER:

A - ☐  Individual or Sole Proprietorship [1]

SOCIAL SECURITY NUMBER _ _ _ - _ _ - _ _ _ _

B - ☑  Partnership, Joint Venture or other non-incorporated organization

EMPLOYER IDENTIFICATION NUMBER

C - ☐  Corporation (If a corporation place seal below)

EMPLOYER IDENTIFICATION NUMBER _ _ _ _ _ _ _ _

___

[1] Under the Federal Privacy Act the furnishing of Social Security Numbers by bidders on City Contracts is voluntary. Failure to provide a Social Security Number will not result in a bidder's disqualification. Social Security Numbers will be used to identify bidders, proposers or vendors to ensure their compliance with laws, to assist the City in enforcement of laws as well as to provide the City a means of identifying businesses which seek City Contracts.

Construction Effective April 13, 2001

Page 16

## SIGNATURE OF BIDDER

Full Name of Bidder (Company): SCHLESINGER-SIEMENS ELECTRICAL, LLC

Address: 100 TECHNOLOGY DRIVE, ALPHARETTA, GA 30005

By Name of Duly Authorized Representative: HUBERT M. KOEBACH

Title of Duly Authorized Representative: MEMBER OF BOARD OF MANAGERS

_____
Signature of Duly Authorized Representative
Hubert M. Koebach

## BIDDER'S ACKNOWLEDGMENT

State of ___Georgia___   County of ___Forsyth___   ss:
On this...14th day of July............., 2006...
before me personally came ...Hubert M. Koebach.................................................who
being by me duly sworn, did depose and say that she/he is
the..Member.of.the.Brd.of.Managers.of. Schlesinger-Siemens Electrical, LLC
...............................................................of................................................
.........................................................is authorized to execute the
foregoing bid on behalf of said corporation, partnership, or firm.

_____
Notary Public
Nancy K. Sloan



NANCY K. SLOAN
Notary Public
Forsyth County
State of Georgia
My Commission Expires June 29, 2008

Construction Effective April 13, 2001

Page 16

## SIGNATURE OF BIDDER

Full Name of Bidder (Company): SCHLESINGER - SIEMENS ELECTRICAL, LLC

Address: 100 TECHNOLOGY DR, ALPHARETTA, GA 30005

By Name of Duly Authorized Representative: ROBERT SOLOMON

Title of Duly Authorized Representative: MEMBER of THE BOARD OF MANAGERS

_BVM_

Signature of Duly Authorized Representative

Robert Solomon

## BIDDER'S ACKNOWLEDGMENT

State of New York          County of Kings          ss:
On this...17.. day of ..July.........., 2005.
before me personally came .......Robert Solomon...............................................who
being by me duly sworn, did depose and say that she/he is
the........member of board of managers of Schlenger-Siemen Electrical LLC
...................................................................of......................................................
.......................................................................is authorized to execute the
foregoing bid on behalf of said corporation, partnership, or firm.

JOSEPH J. GUDDEMI
Notary Public, State of New York
No. 4515102
Qualified in Suffolk County
Certificates Filed in Nassau, New York
& Westchester Counties
Commission Expires ___/___/___

Notary Public

Construction Effective April 13, 2001



# THE CITY OF NEW YORK
## DEPARTMENT OF ENVIRONMENTAL PROTECTION
### BUREAU OF WASTEWATER TREATMENT

## FULL SCALE STEP-FEED BNR DEMONSTRATION
## AT WARDS ISLAND BATTERY E
## CONTRACT PO-87B-E – ELECTRICAL

### BID SCHEDULE OF PRICES

| Contract Reference* | Description of Work | Unit | Estimated Quantity | Unit Prices | Total Amount |
|---|---|---|---|---|---|
| I | Electrical | L.S. | N.A. | N.A. | $ 11,700,000 – |
| EA | Detailed Specification 01431: Quality Assurance Inspections and Inspection Expenses | Allowance | N.A. | N.A. | $20,000 |
| EB | Detailed Specification 01513: Electrical Energy for the Temporary Light and Power Facilities | Allowance | N.A. | N.A. | $25,000 |

Note: The total lump sum bid for this contract (the sum of all items) shall be entered in paragraph 8 of page 14.

* See Detailed Specification 01270 – Measurement and Payment.



AUDITS & ACCOUNTS COPY

## CONSTRUCTION CONTRACT
## INVITATION FOR BID



New York City
Department of
Environmental Protection

59-17 Junction Boulevard
Flushing, New York 11373

DAVID B. TWEEDY
Acting Commissioner

Carol Fenves
Agency Chief Contracting Officer



## For furnishing all labor and materials
## necessary and required for:

| | |
|---|---|
| **Contract:** | **26W-12E ELECTRICAL** |
| **Description:** | **WP-206 26TH WARD WATER POLLUTION CONTROL PLANT** |
| | **PLANT STABILIZATION** |
| | **MISCELLANEOUS IMPROVEMENTS** |

November 2004

RECEIVED
SEP 1 6 2005
By_____

## LEGAL REVIEW

Complete and submit this Bid in a sealed envelope to:
**DEP Bid Administrator**
59-17 Junction Boulevard, 17th Floor
Flushing, New York 11373

120081

## SECTION B
## BIDDER'S BID AND AFFIRMATION
## REQUIRED PROVISIONS, TERMS, AND INFORMATION FOR BIDDING

### SECTION B1
### BIDDER AFFIRMATION

The undersigned bidder affirms and declares that said bidder is not in arrears to the City of New York upon debt, Contract or taxes and is not a defaulter, as surety or otherwise, upon obligation to the City of New York, and has not been declared not responsible, or disqualified, by any agency of the City of New York, nor is there any proceeding pending relating to the responsibility or qualification of the proposer or bidder to receive public Contracts except _____.

Full name of Bidder : _SCHLESINGER - SIEMENS, LLC_

Address: _100 TECHNOLOGY DRIVE_

City _ALPHARETTA_ State _GA_ Zip Code _30005_

CHECK ONE BOX AND INCLUDE APPROPRIATE NUMBER:

A - ☐  Individual or Sole Proprietorship [1]

      SOCIAL SECURITY NUMBER _ _ _ - _ _ - _ _ _ _

B - ☑  Partnership, Joint Venture or other non-incorporated organization

      EMPLOYER IDENTIFICATION NUMBER

C - ☐  Corporation (If a corporation place seal below)

      EMPLOYER IDENTIFICATION NUMBER _ _ _ _ _ _ _ _

---

[1] Under the Federal Privacy Act the furnishing of Social Security Numbers by bidders on City Contracts is voluntary. Failure to provide a Social Security Number will not result in a bidder's disqualification. Social Security Numbers will be used to identify bidders, proposers or vendors to ensure their compliance with laws, to assist the City in enforcement of laws as well as to provide the City a means of identifying businesses which seek City Contracts.

Construction Effective April 13, 2001

# SIGNATURE PAGE
# (MUST BE INCLUDED WITH BID)

Full Name of Bidder (Company): Schlesinger - Siemens LLC

Address: 100 Tech nology Drive ALPHARETTA GA 30005

By Name of Duly Authorized Representative: Clifford R Weiner

Title of Duly Authorized Representative: Member of Board

_____
Signature of Duly Authorized Representative

### BIDDER'S ACKNOWLEDGMENT

State of New - York   County of Queens   ss:
On this...7... day of ...January, 2005.
before me personally came Clifford R Weiner.....................who
being by me duly sworn, did depose and say that she/he is
the ...Member of the Board
...............................................of Schlesinger Siemens LLC
...............................................is authorized to execute the
foregoing bid on behalf of said corporation, partnership, or firm.

_____
Notary Public

JACQUELINE AJAX
Notary Public, State of New York
No. 01AJ6081196
Qualified in Queens County
Commission Expires Jan. 22, 20 06

JACQUELINE AJAX
Notary Public, State of New York
No. 01AJ6081196
Qualified in Queens County
Commission Expires Jan. 22, 20 06



## SECTION B
## BIDDER'S BID AND AFFIRMATION
## REQUIRED PROVISIONS, TERMS, AND INFORMATION FOR BIDDING

## SECTION B1
## BIDDER AFFIRMATION

The undersigned bidder affirms and declares that said bidder is not in arrears to the City of New York upon debt, Contract or taxes and is not a defaulter, as surety or otherwise, upon obligation to the City of New York, and has not been declared not responsible, or disqualified, by any agency of the City of New York, nor is there any proceeding pending relating to the responsibility or qualification of the proposer or bidder to receive public Contracts except _____.

Full name of Bidder : SCHLESINGER-SIEMENS ELECTRICAL, LLC

_____ c/o JEFF DEWRLEIN _____

Address: _____ 100 TECHNOLOGY DRIVE _____

_____

City ALPHARETTA _____ State GA _____ Zip Code 30005

CHECK ONE BOX AND INCLUDE APPROPRIATE NUMBER:

A - ☐  Individual or Sole Proprietorship [1]

SOCIAL SECURITY NUMBER _ _ _ - _ _ - _ _ _ _

B - ☒  Partnership, Joint Venture or other non-incorporated organization

EMPLOYER IDENTIFICATION NUMBER 2 0 1 5 4 4 4 6 3

C - ☐  Corporation (If a corporation place seal below)

EMPLOYER IDENTIFICATION NUMBER _ _ _ _ _ _ _ _ _

---

[1] Under the Federal Privacy Act the furnishing of Social Security Numbers by bidders on City Contracts is voluntary. Failure to provide a Social Security Number will not result in a bidder's disqualification. Social Security Numbers will be used to identify bidders, proposers or vendors to ensure their compliance with laws, to assist the City in enforcement of laws as well as to provide the City a means of identifying businesses which seek City Contracts.

Construction Effective April 13. 2001

THE CITY OF NEW YORK
DEPARTMENT OF ENVIRONMENTAL PROTECTION

Page 13A

CROTON WATER TREATMENT PLANT WM-11

CONTRACT CRO-312E1
ELECTRICAL WORK – LOW VOLTAGE

Attachment 5

## SCHEDULE OF PRICES

| Sequential No. | Contract Reference Item No. | Description of Work | Unit | Estimated Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| 1 | 1 | All work required under the Contract that is not included in the Allowances below | Lump Sum | Lump Sum | $...Lump Sum... | $................. 117,860,455— |
| 2 | E1-A | Security System Work (See Detailed Specification 01270) | Allowance | N/A | $...Allowance... | $11,200,000 |
| 3 | E1-B | Incentive Payments (See Detailed Specification 01271). | Allowance | N/A | $...Allowance... | $900,000 |
| 4 | E1-C | Quality Assurance Inspection (See Detailed Specification 01270). | Allowance | N/A | $...Allowance... | $300,000 |
| 5 | E1-D | Price Adjustment (See Detailed Specification 01270) | Allowance | N/A | $...Allowance... | $1,500,000 |
| 6 | E1-E | Contingency Work Allowance (See Detailed Specification 01273) | Allowance | N/A | $...Allowance... | $2,425,000 |
| 7 | E1-1A | Additional Wire 3-1/C#500 MCM w/1-1/C#3/0 GND (See Detailed Specification 01270) | Linear Foot | 2,000 L.F. | $ 48.77 Per L.F. | $ 97,540 |
| 8 | E1-1B | Additional Wire 3-1/C#250 MCM w/1-1/C#2 GND (See Detailed Specification 01270) | Linear Foot | 1,000 L.F. | $ 26.76 Per L.F. | $ 26,760 |
| 9 | E1-1C | Additional Wire 3-1/C#2/0 w/1-1/C#4 GND (See Detailed Specification 01270) | Linear Foot | 1,000 L.F. | $ 18.41 Per L.F. | $ 18,410 |

Page 16

## SIGNATURE OF BIDDER

Full Name of Bidder (Company): SCHLESINGER-SIEMENS ELECTRICAL, LLC

Address: 100 TECHNOLOGY DRIVE, ALPHARETTA GA 30005

By Name of Duly Authorized Representative: HUBERT M. KEEBACH

Title of Duly Authorized Representative: MEMBER OF THE BOARD OF MANAGERS

Signature of Duly Authorized Representative

## BIDDER'S ACKNOWLEDGMENT

State of _Georgia_ County of _Forsyth_ ss:
On this _2nd_ day of _October_, _2006_
before me personally came _Hubert M. Keebach_ who
being by me duly sworn, did depose and say that she/he is
the _Member of the Board of_
_Managers_ of _Schlesinger-Siemens_
_Electrical, LLC_ is authorized to execute the
foregoing bid on behalf of said corporation, partnership, or firm.

Notary Public

NANCY K. SLOAN
Notary Public
Forsyth County
State of Georgia
My Commission Expires June 29, 2008

Construction Effective April 13, 2001

AUDITS & ACCOUNTS

LEGAL REVIEW

# CONSTRUCTION CONTRACT
# INVITATION FOR BID



59-17 Junction Boulevard
Elmhurst, New York 11373

**Emily Lloyd**
Commissioner

**Carol Fenves**
Agency Chief Contracting Officer





# FOR FURNISHING ALL LABOR AND MATERIAL
# NECESSARY AND REQUIRED FOR:

**CONTRACT:**   CRO-312E ELECTRICAL WORK (1)

**DESCRIPTION:**   CAPITAL PROJECT WM-11
CROTON WATER TREATMENT PLANT AT THE MOSHOLU
GOLF COURSE

---

Complete and submit this Bid in a sealed envelope to:
**DEP Bid Administrator**
59-17 Junction Boulevard, 17th Floor
Elmhurst, New York 11373

May 2006

001611

Page 5

## SECTION B
## BIDDER'S BID AND AFFIRMATION
## REQUIRED PROVISIONS, TERMS, AND INFORMATION FOR BIDDING

### SECTION B1
### BIDDER AFFIRMATION

The undersigned bidder affirms and declares that said bidder is not in arrears to the City of New York upon debt, Contract or taxes and is not a defaulter, as surety or otherwise, upon obligation to the City of New York, and has not been declared not responsible, or disqualified, by any agency of the City of New York, nor is there any proceeding pending relating to the responsibility or qualification of the proposer or bidder to receive public Contracts except _____.

Full name of Bidder : SCHLESINGER-SIEMENS ELECTRICAL, LLC

_____ C/O JEFF DEURLEIN _____

Address: _____ 100 TECHNOLOGY DRIVE _____

_____

City ALPHARETTA   State GA   Zip Code 30005

CHECK ONE BOX AND INCLUDE APPROPRIATE NUMBER:

A - ☐  Individual or Sole Proprietorship [1]

SOCIAL SECURITY NUMBER _ _ _ - _ _ - _ _ _ _

B - ☒  Partnership, Joint Venture or other non-incorporated organization

EMPLOYER IDENTIFICATION NUMBER :

C - ☐  Corporation (If a corporation place seal below)

EMPLOYER IDENTIFICATION NUMBER _ _ - _ _ _ _ _ _ _

---

[1] Under the Federal Privacy Act the furnishing of Social Security Numbers by bidders on City Contracts is voluntary. Failure to provide a Social Security Number will not result in a bidder's disqualification. Social Security Numbers will be used to identify bidders, proposers or vendors to ensure their compliance with laws, to assist the City in enforcement of laws as well as to provide the City a means of identifying businesses which seek City Contracts.

Construction Effective April 13, 2001

Page 16

## SIGNATURE OF BIDDER

Full Name of Bidder (Company): SCHLESINGER-SIEMENS ELECTRICAL, LLC

Address: 100 TECHNOLOGY DRIVE, ALPHARETTA GA 30005

By Name of Duly Authorized Representative: HUBERT M. KOEBACH

Title of Duly Authorized Representative: MEMBER OF THE BOARD OF MANAGERS

Signature of Duly Authorized Representative

## BIDDER'S ACKNOWLEDGMENT

State of _Georgia_ County of _Forsyth_ ss:
On this _____ day of _____, _____,
before me personally came ___Hubert M. Koebach_____who
being by me duly sworn, did depose and say that she/he is
the_____
_____of_____
_____is authorized to execute the
foregoing bid on behalf of said corporation, partnership, or firm.

Notary Public



NANCY K. SLOAN
Notary Public
Forsyth County
State of Georgia
My Commission Expires June 29, 2008

Construction Effective April 13, 2001





# CONSTRUCTION CONTRACT
## INVITATION FOR BID

59-17 Junction Boulevard
Elmhurst, New York 11373

Emily Lloyd
Commissioner

David B. Tweedy
First Deputy Commissioner

Carol E. Fenves
Agency Chief Contracting Officer



### For furnishing all labor and materials
### necessary and required for:

**CONTRACT:** *WI-79E*

**PIN NUMBER:** *82605WP00981*

**DESCRIPTION:** *BNR Treatment and Miscellaneous Improvements, Manhattan, NY (Electrical)*

---

### Complete and submit this Bid in a sealed envelope to:
**DEP Bid Administrator**
**59-17 Junction Boulevard, 17th Floor**
**Flushing, New York 11373**

## SECTION B
## BIDDER'S BID AND AFFIRMATION
## REQUIRED PROVISIONS, TERMS, AND INFORMATION FOR BIDDING

## SECTION B1
## BIDDER AFFIRMATION

The undersigned bidder affirms and declares that said bidder is not in arrears to the City of New York upon debt, Contract or taxes and is not a defaulter, as surety or otherwise, upon obligation to the City of New York, and has not been declared not responsible, or disqualified, by any agency of the City of New York, nor is there any proceeding pending relating to the responsibility or qualification of the proposer or bidder to receive public Contracts except _____.

Full name of Bidder : _Schlesinger · Siemens, LLC_

_____ c/o Jeff Deurlein _____

Address: _____100 Technology Drive_____

_____

City _Alpharetta_    State _GA_    Zip Code _30005_

CHECK ONE BOX AND INCLUDE APPROPRIATE NUMBER:

A. - ☐  Individual or Sole Proprietorship [1]

SOCIAL SECURITY NUMBER _ _ _ - _ _ - _ _ _ _

B - ☒  Partnership, Joint Venture or other non-incorporated organization

EMPLOYER IDENTIFICATION NUMBER 2 0 - 1 5 4 4 4 6 3

C - ☐  Corporation (If a corporation place seal below)

EMPLOYER IDENTIFICATION NUMBER _ _ - _ _ _ _ _ _ _

---

[1] Under the Federal Privacy Act the furnishing of Social Security Numbers by bidders on City Contracts is voluntary. Failure to provide a Social Security Number will not result in a bidder's disqualification. Social Security Numbers will be used to identify bidders, proposers or vendors to ensure their compliance with laws, to assist the City in enforcement of laws as well as to provide the City a means of identifying businesses which seek City Contracts.

Construction Effective April 13, 2005

## SIGNATURE OF BIDDER

Full Name of Bidder (Company): Schlesinger - Siemens, LLC

Address: 100 Technology Drive, Alpharetta, GA 30005

By Name of Duly Authorized Representative: Harry Volande

Title of Duly Authorized Representative: Chairman of the Board of Managers

Signature of Duly Authorized Representative

## BIDDER'S ACKNOWLEDGMENT

State of _Georgia_ County of _Fulton_ ss:
On this 2nd day of December, 2003,
before me personally came Harry Volande..................who
being by me duly sworn, did depose and say that she/he is
the Chairman of the
Board of Managers of Schlesinger Siemens
LLC is authorized to execute the
foregoing bid on behalf of said corporation, partnership, or firm.



DONNA K. NEINER
MY COMMISSION EXPIRES
APRIL
4
2009
FULTON COUNTY, GEORGIA
NOTARY PUBLIC

Donna K. Neiner
Notary Public