# EXHIBIT B

**Clifford Weiner**

**From:** Deurlein, Jeff SEA [jeff.deurlein@siemens.com]
**Sent:** Tuesday, May 10, 2005 3:16 PM
**To:** Clifford Weiner; Kaufmann, Gisela SEA
**Subject:** Notes from board - April 27th discussions about Paerdegat

Below are the actions / notes that I had on my board from out April 27th meeting regarding the actions required in order to win the Paerdegat if we become the low bid.

The following actions need to be done

1. Experience List
   - Schlesinger reference list (CW)
   - Siemens municipal water reference list – USA & Global (JD)
   - Large contracting project list (Power, transportation in NY, water)
   - References need to include numbers of owner's reps

2. Vendex
   - Siemens Vendex (GK)
   - LLC Vendex (GK)
   - Legal review of Vendex documents (RR)

3. Price too low – are we capable of performing
   - Price calculation sheet to support
   - Project is backed by Siemens

4. LLC Electrical license
   - Need to portray the LLC as a JV with the NY DEP. There is a history of JVs in NY DEP bids

Kind Regards,
Jeff

Jeffrey L. Deurlein
Business Manager – Water Technologies

**SIEMENS**

Siemens Energy & Automation, Inc.
Process Solutions Division
100 Technology Dr.
Alpharetta, GA 30005

Phone: (770) 740-3820
Cell: (404) 433-3241
Efax: (772) 594-7945
Fax: (770) 740-3379
Email: jeff.deurlein@siemens.com

1