# EXHIBIT C

01-08-2006 14:32    7183496614
PAGE2



**DEPARTMENT OF ENVIRONMENTAL PROTECTION**
59-17 Junction Boulevard
Flushing, New York 11373

**Emily Lloyd**
Commissioner

**Carol E. Fonves**
AGENCY CHIEF CONTRACTING OFFICER

Tel (718) 595-3225
Fax (718) 595-3278
CFENVEB@DEP.NYC.GOV

December 28, 2005

Mr. Robert Solomon
Schlesinger Electrical Contractors, Inc.
664 Bergen Street
Brooklyn, NY 11238

Re: *Construction Employment Report incomplete:*
*DEP Project No. WI-79E; BNR Treatment and Misc. Improvements at Wards Island WPCP.*

Dear Mr. Solomon:

Your Construction Employment Report for the above referenced contract is incomplete and cannot be accepted as submitted. In order to process this Report it must be completed in accordance with the implementing regulations of Mayoral Executive Order No. 50 of 1980, as amended.

Please correct the discrepancy listed below and submit all required documents as soon as possible.

PART II

☒  Section C. Employment Policies & Procedures.
Item # 11. Your firm MUST provide all documents as required (e.g. collective bargaining agreements; personnel policy/manuals; pension plan, etc.)

OTHER

☒  Your firm MUST attach a written EEO policy statement.
☒  Your firm must submit a completed Construction Employment Report for Siemens Electrical, as well as a Joint Venture Agreement for Schlesinger-Siemens, LLC.

Please send the completed form and attachments to me at the following address:

Department of Environmental Protection
Office of Contract Compliance
59-17 Junction Blvd - 17th Floor
Flushing, NY 11373

If you have any questions, please call me at 718-595-3209, fax 718-595-3221.
Your cooperation is appreciated.

Very truly yours,

Daniel Katz
Director, Contract Compliance Programs

Enclosure
cc:    Alan Wasserman – DACCO; File





**DEPARTMENT OF ENVIRONMENTAL PROTECTION**

59-17 Junction Boulevard
Flushing, New York 11373

**Emily Lloyd**
Commissioner

Carol E. Fenves
AGENCY CHIEF CONTRACTING OFFICER

Tel (718) 595-3225
Fax (718) 595-3278
CFENVES@DEP.NYC.GOV

December 28, 2005

Mr. Robert Solomon
Schlesinger Electrical Contractors, Inc.
664 Bergen Street
Brooklyn, NY 11238

Re: *Construction Employment Report for Siemens Electrical – Project No. 26W-12E; Misc. improvements – Electrical Work – at 26th Ward WPCP, Brooklyn.*

Dear Mr. Solomon:

Thank you for your submission of the Construction Employment Report for Schlesinger Electrical Contractors. According to our files, an Employment Report for Siemens Electrical is also needed, as well as a joint venture agreement for Schlesinger-Siemens Electrical, LLC for the above referenced project.

Please have all documentation mailed to the Contract Compliance Office as soon as practical. If you have any questions, please call me at 718-595-3209.

Thank you for your cooperation.

Sincerely,

Daniel Katz
Director, Contract Compliance Programs

DK/la
Encls.

*Rec 1/4/6*
*Gave B.S 1/5/6 at 26 yard field visit*

