# EXHIBIT D

Subj: **Electrical License Contract**
Date: 2/7/2006 6:01:20 PM Eastern Standard Time
From: jeff.deurlein@siemens.com
To: ernie.braunschweig@siemens.com
CC: scott.burgess@siemens.com, gisela.kaufmann@siemens.com, RRNAS@aol.com, robert.rigsby@siemens.com, scott.burgess@siemens.com

Ernie,

The LLC will be contracting a gentleman named Bronislav Ostrovsky (Steve) to act as the VP of Electrical Operations for the LLC. This position is granted to him so that he can carry the Electrical Contracting License for the LLC. We will pay him some nominal fee of around $1000 - $1500 per month for this service. To do this, we need some agreement / contract between Steve and the LLC. Do we have a standard agreement in which we can start with? What do we need to do in order to get this done?

Kind Regards,
Jeff

**Jeffrey L. Deurlein**
Business Manager – IP Water Technologies EA

SIEMENS

Siemens Energy & Automation, Inc.
Process Solutions Division
100 Technology Dr.
Alpharetta, GA 30005

Phone: (770) 740-3820
Cell:  (404) 433-3241
Efax:  (772) 594-7945
Fax:   (770) 740-3294
Email: jeff.deurlein@siemens.com