# EXHIBIT E

# SIEMENS

February 10, 2006

The City of New York
Department of Buildings
Bureau of Electrical Control
Licensing Unit
280 Broadway-6th Floor
New York, New York 10017

Re: Schlesinger-Siemens Electrical, LLC

Dear Sir/Madam:

Please be advised that I am an attorney with Siemens Corporation and I provide my legal services to Siemens Energy & Automation, Inc., a wholly-owned subsidiary of Siemens Corporation.

On August 27, 2004, Siemens Energy & Automation, Inc. and Schlesinger Electrical Contractors, Inc. formed Schlesinger-Siemens Electrical, LLC,[1] a Delaware limited liability company. Pursuant to the Delaware LLC Act, Siemens Energy & Automation, Inc. and Schlesinger Electrical Contractors, Inc. are the sole "members" of Schlesinger-Siemens Electrical, LLC. (A limited liability company does not have shareholders, instead it has members.) Also pursuant to the Delaware LLC Act, Schlesinger-Siemens Electrical, LLC is managed by a "Board of Managers" and those persons appointed by the Board of Managers.

Schlesinger-Siemens Electrical, LLC's Board of Managers consists solely of the following individuals: Harry G. Volande, Jeffrey D. Eder, Hubert M. Koebach, Robert Solomon and Jacob Levita. In addition, the Board of Managers has appointed only two (2) other persons to assist in managing the affairs of Schlesinger-Siemens Electrical, LLC – myself as the Secretary and Bronislav Ostrovsky as Vice President, Electrical. Mr. Ostrovsky is a Master Electrician licensed with New York City. Therefore, other than the five (5) members of the Board of Managers listed above, and the two (2) other persons appointed by the Board of Managers, there are no other officers of Schlesinger-Siemens Electrical, LLC.

If you should have any further questions, please contact me at (770) 751-2381.

Kindest regards,

Robert H. Rigsby

---

[1] When formed, the LLC was originally named "Schlesinger-Siemens, LLC" and changed its name to "Schlesinger-Siemens Electrical, LLC" on December 13, 2005 by filing of a Certificate of Amendment to Certificate of Formation with the Delaware Secretary of State.

Siemens Corporation

Robert H. Rigsby
Counsel

3333 Old Milton Parkway
Alpharetta, GA 30005

Tel: (770) 751-2381
Fax: (770) 740-2594

robert.rigsby@siemens.com

## CERTIFICATION

I, Harry G. Volande, Chairman of the Board of Managers of Schlesinger-Siemens Electrical, LLC, a Delaware limited liability company (the "Company'), hereby certify that:

Attached hereto is a true and correct copy of the resolutions of the Company authorized by the unanimous written consent of the Board of Managers of the Company and that such resolutions have not been amended or repealed and are still in full force and effect as of the date hereof.

IN WITNESS WHEREOF, I have herewith set my hand this 6th day of March, 2006.

Harry G. Volande
Chairman of the Board of Managers
Schlesinger-Siemens Electrical, LLC

UNANIMOUS CONSENT
OF THE
BOARD OF MANAGERS OF
SCHLESINGER-SIEMENS ELECTRICAL, LLC

Pursuant to Section 18-404(d) of the Delaware Limited Liability Company Act

The undersigned, being the entire Board of Managers (the "Board") of:

Schlesinger-Siemens Electrical, LLC

a Delaware limited liability company (the "Company"), hereby waive the calling and convening of a meeting of the Board and consent to the adoption of the following resolution and all of the actions prescribed therein pursuant to Section 18-404(d) of the Delaware Limited Liability Company Act:

Resolved, that:

Bronislav Ostrovsky residing at 36 Admiralty Loop, Staten Island, New York 10309 is hereby elected as Vice President, Electrical of the Company; and be it further resolved

Bronislav Ostrovsky residing at 36 Admiralty Loop, Staten Island, New York 10309 is also designated as the licensee of the Company, subject to the approval of the New York City Bureau of Electrical Control (the "Bureau") to perform such duties and responsibilities as determined by the Company and the Bureau.

The actions resolved in this consent were effective as of the 26th day of January, 2006 and remain effective as of this 6th day of March, 2006.

_____
Harry G. Volande, Board Member

_____
Jeffrey D. Eder, Board Member

_____
Hubert M. Koebach, Board Member

Sworn before me this 6th day of March, 2006 by Harry G. Volande, Jeffrey D. Eder, and Hubert M. Koebach.

_____
Notary Public

_____
Robert Solomon, Board Member

_____
Jacob Levita, Board Member

Sworn before me this _15_ day of March, 2006 by Robert Solomon and Jacob Levita.

_____
Notary Public

JOSEPH J. GUDDEMI
Notary Public, State of New York
No. 4515102
Qualified in Suffolk County
Certificates Filed in Nassau, New York
& Westchester Counties
Commission Expires _1/31/07_