# EXHIBIT F

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
---------------------------------------------------------------

FIRST KEYSTONE CONSULTANTS, INC.,     Index No.: 27095/05
ROBERT H. SOLOMON and JANE SOLOMON,

                 Plaintiffs,

                                            **AFFIDAVIT OF**
- against -                                       **IRA GRUNTHER**

DDR CONSTRUCTION SERVICES, SPECO
ELECTRIC, INC., CLIFFORD R. WEINER and
DEBBIE ANN WEINER,

                 Defendants/Third-Party Plaintiffs,

- against -

SCHLESINGER ELECTRICAL CONTRACTORS,
INC., JACOB LEVITA, SCHLESINGER-SIEMENS
ELECTRICAL, LLC, and SFD ASSOCIATES,

                 Third-Party Defendants.
---------------------------------------------------------------

STATE OF NEW YORK    )
                                 )SS.
COUNTY OF QUEENS    )

       **IRA GRUNTHER**, having been duly sworn, says:

       1.      I am the Senior Vice President of Five Star Electric Corporation ("Five Star Electric"), located in Ozone Park, New York.

       2.      I have direct personal knowledge of the matters discussed in this affidavit.

       3.      At all times during the period January 1, 2006 through January 1, 2008, Bronislav Ostrovksy was employed on a full-time basis by Five Star Electric as an electrician. In fact, Mr. Ostrovksy remains employed by Five Star Electric.

4. Attached hereto as **Exhibits "1"** and **"2,"** respectively, are Mr. Ostrovsky's W-2s for the period in question.

_____  Vice President
Ira Grunther

Sworn to before me this
6th day of August, 2009

_____
Notary Public

JENNIFER J. GALLO
Notary Public, State of New York
No. 01GA5085433
Qualified in Queens County
Commission Expires Sept. 22, 2009

297959.01/08/04/09

| | | |
|---|---|---|
| Void ☐ | a Employee's social security number ▓▓▓▓▓▓▓▓▓ | OMB No. 1545-0008 |

| b Employer identification number<br>11-2247451 | | 1 Wages, tips, other compensation<br>177049.46 | 2 Federal income tax withheld<br>30274.00 |
|---|---|---|---|
| c Employer's name, address, and ZIP code<br>FIVE STAR ELECTRIC CORP<br>101-32 101ST STREET<br>OZONE PARK    NY 11416 | | 3 Social security wages<br>97500.00 | 4 Social security tax withheld<br>6045.00 |
| | | 5 Medicare wages and tips<br>192549.46 | 6 Medicare tax withheld<br>2791.96 |
| | | 7 Social security tips | 8 Allocated tips |
| d Control number<br>1055 | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial<br>BRONISLA | Last name<br>OSTROVSKY | Suff. | 11 Nonqualified plans | 12a See instructions for box 12<br>D \| 15500.00 |
| 36 ADMIRALTY LOOP<br>STATEN ISLAND NY    10309 | | 13 Statutory employee / Retirement plan X / Third-party sick pay | 12b |
| | | 14 Other | 12c |
| | | | 12d |
| f Employee's address and ZIP code | | | |
| 15 State / Employer's state ID number<br>NY 167-51635 5 | 16 State wages, tips, etc.<br>177049.46 | 17 State income tax<br>10534.98 | 18 Local wages, tips, etc.<br>177049.46 | 19 Local income tax<br>5913.43 | 20 Locality name<br>N.Y.C. |

Form W-2 Wage & Tax Statement  2007  Department of the Treasury—Internal Revenue Service

Copy D—For Employer.  For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

| a Control number | 22222 | | OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer identification number<br>11-2247451 | | | 1 Wages, tips, other compensation<br>155567.88 | 2 Federal income tax withheld<br>18768.00 |
| c Employer's name, address, and ZIP code<br>FIVE STAR ELECTRIC CORP<br>101-32 101ST STREET<br>OZONE PARK  NY 11416 | | | 3 Social security wages<br>94200.00 | 4 Social security tax withheld<br>5840.40 |
| | | | 5 Medicare wages and tips<br>170567.88 | 6 Medicare tax withheld<br>2473.23 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial | Last name<br>OSTROVSKY | Suff. | 11 Nonqualified plans | 12a See instructions for box 12<br>D  15000.00 |
| BRONISLA | | | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 12b |
| 36 ADMIRALTY LOOP<br>STATEN ISLAND NY  10309 | | | 14 Other | 12c |
| | | | | 12d |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's state ID number<br>NY  67-51635  5 | 16 State wages, tips, etc.<br>155567.88 | 17 State income tax<br>7832.51 | 18 Local wages, tips, etc.<br>155567.88 | 19 Local income tax<br>4428.19 | 20 Locality name<br>N.Y.C. |

Form W-2  Wage & Tax Statement  2006

Copy 1 – For State, City, or Local Tax Department  Department of the Treasury—Internal Revenue Service