# EXHIBIT G

To: Farrelly, Brian
Subject: Fw: Fwd: License Details -SSE

They no longer have a license? (see Mark Reed,s email below)

Sent via BlackBerry

From: mcreedpe@aol.com
Date: Mon, 22 Dec 2008 10:20:10 -0500
To: <SHammel@crotoncm.com>; <MCREEDPE@aol.com>
Subject: Fwd: License Details -SSE

Hi Steve,

I was looking at the website for the NYC Dept of Bldgs and I found the following link that may interest you.

http://a810-bisweb.nyc.gov/bisweb/LicenseQueryServlet?licensetype=B&licno=003806&requestid=1

According to this, SSE's Electrical License has been expired for the entire year of 2008.
Just thought you might want to know.

Happy Holidays,

Mark Reed

Listen to 350+ music, sports, & news radio stations including songs for the holidays FREE while you browse. Start Listening Now!

3