# EXHIBIT H

## Farrelly, Brian

From: Cox, Gerard [GerardC@dep.nyc.gov]
Sent: Wednesday, December 31, 2008 2:48 PM
To: Daly, Bernard; Farrelly, Brian
Subject: FW: Stratus on SSE, LLC license
Attachments: Schlesinger_Siemens_20081230_142851.pdf

fyi

-----Original Message-----
From: Borsykowsky, Michael
Sent: Wednesday, December 31, 2008 2:44 PM
To: Levine, Robin
Cc: Cox, Gerard
Subject: Fw: Stratus on SSE, LLC license

Robin,
Here is some more info from the SS principal.
-mikeb

----- Original Message -----
From: Dung, Roland B SEA <roland.dung@siemens.com>
To: Borsykowsky, Michael
Sent: Wed Dec 31 14:36:27 2008
Subject: Stratus on SSE, LLC license

Mike,

The new license holder for Schlesinger Siemens Electrical, LLC will be Ralph Scotti, our superintendent.
He was yesterday at the BoB and meet with Mrs. Reed to go through the submitted application paperwork.

His license number when it was put on the shelf was #11630 and he has paid all fees to have it reinstated.

Attached you find the hand marked checklist he was given showing which documents they are requesting in addition or in an updated form compared to what was submitted so far.

He has his next appointment with Mrs. Reed at 9:30 on January 7th, 2009.

Please let me know if you need any additional information.

Regards,

Roland Dung
Chief Executive Officer

Schlesinger-Siemens Electrical, LLC
58-89 57th Street
Maspeth, NY 11378

Tel:      (347)689-1706
Fax:      (718)386-6230
Mobile: (678)429-5255

1

Email:   Roland.Dung@Siemens.com
         Rdung@ssellcnyc.com

Notice: This e-mail may contain trade secrets or privileged, undisclosed or otherwise confidential information. If you have received this e-mail in error, you are hereby notified that any review, replication or distribution of it is strictly prohibited. Please inform sender immediately and destroy the original transmittal. Thank you for your cooperation.

<<Schlesinger_Siemens_20081230_142851.pdf>>

2