# EXHIBIT I

4)  J.OINT BOARD  5100   O 8
     IND EXP
     Labor Costs By Account & Job

SCHLESINGER ELECTRICAL CONTRACTOR                    05/01/2008    Page 1

Accounting Dates From 1/01/2008 Through 4/21/2008
Debit Account:   S-5100

| Job | JC Phase | Cat | Employee | Amount | Net |
|---|---|---|---|---|---|
| 1/07/2008 Batch 1055 | | | | | |
| 00-100 | 10-006 | JIB | STEPHIE M. FINN | 225.89 | 328.49 |
| | | | SHERRY FITZGERA | 106.03 | 62.91 |
| | | | KRISTIN HESTHAG | 427.47 | 483.17 |
| | | | NICOLA JOHNSON | 427.47 | 443.17 |
| | | | CARIDAD RIVERA | 670.16 | 649.94 |
| | | | RACHEL SCOTT | 490.78 | 587.77 |
| | | | Category Totals | 2,347.80* | |
| | | | | | 2,555.45* |
| 00-100 | 10-007 | JIB | RAMON E COLON | 398.65 | 422.47 |
| | | | ALEX GILMORE | 956.50 | 1,248.71 |
| | | | JOSEPH C. LOREN | 672.31 | 795.51 |
| | | | MIKHAIL GELMAN | 701.29 | 827.56 |
| | | | VIKTORIYA GIYAS | 498.18 | 684.74 |
| | | | JOSEPH J. GUDDE | 1,174.75 | 1,258.74 |
| | | | ROBERT W. WYSHY | 680.79 | 910.97 |
| | | | JOHN T PERRY | 232.23 | 463.65 |
| | | | Category Totals | 5,314.70* | |
| | | | | | 6,612.35* |
| 00-200 | 10-007 | JIB | THOMAS M. BELL | 1,186.82 | 1,107.28 |
| | | | ROBERT P BELL | 607.76 | 805.92 |
| | | | DAVID ORITZ | 393.80 | 383.59 |
| | | | Category Totals | 2,188.38* | |
| | | | | | 2,296.79* |
| 00-300 | 10-006 | JIB | CIPRIAN M ALVAR | 456.29 | 499.92 |
| | | | HECTOR A. HERNA | 456.29 | 547.95 |
| | | | Category Totals | 912.58* | |
| | | | | | 1,047.87* |
| 00-300 | 10-007 | JIB | ROY E. PENA | 461.65 | 543.57 |
| 05-101 | 10-001 | JIB | MICHAEL ALLEYNE | 483.45 | 396.97 |
| | | | NICHOLAS DOUGLA | 966.92 | 778.02 |
| | | | MICHAEL W WILSO | 483.45 | 274.28 |
| | | | CHRISTOPHER JAM | 1,208.66 | 872.49 |
| | | | GIOVANNI LOCIER | 200.12 | 328.56 |
| | | | BRIAN MC CANN | 966.92 | 954.58 |
| | | | RICARDO PAZ | 966.92 | 790.33 |
| | | | EDWARD P RATHGE | 966.92 | 849.90 |
| | | | Category Totals | 6,243.36* | |
| | | | | | 5,245.13* |
| 05-101 | 10-003 | JIB | RALPH SCOTTI | 2,289.76 | 1,647.68 |
| 05-101 | 10-005 | JIB | DOMINIC COPPOLA | 1,099.79 | 496.81 |
| | | | JACOB KOZUCH | 1,290.48 | 1,292.55 |
| | | | Category Totals | 2,390.27* | |
| | | | | | 1,789.36* |


**Buildings**


.gov
always open

☑ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
License Details
==== ELECTRICAL FIRM ====

Date Issued: 06/19/2006                                         Firm #: 003806
Status: A - ACTIVE

Business 1 : SCHLESINGER-SIEMENS ELEC

| Insurance Type | Policy | Required | Company | Expiration Date |
|---|---|---|---|---|
| GEN LIABILITY: | GLD1110103 | Yes | HDI-GERLING AMERICA INS | 10/01/2012 |
| Workers' Compensation | WA763D004334011 | Yes | LIBERTY MUTUAL INS CO | 10/01/2013 |
| Disability | 119648 | Yes | METROPOLITAN LIFE INS | 10/13/2012 |

Office Address:   58-89 57TH STREET MASPETH, NY 11378
Business Phone:   718-366-4062

Enter PIN for Accounting Overview:        Submit

| Licensee | License Number | Relationship | Expiration Date | Status |
|---|---|---|---|---|
| MARTIN ALIJEWICZ | A010333 | DESIGNEE | 02/24/2013 | A - ACTIVE |
| RALPH SCOTTI | A011630 | RESPONSIBLE REP | 05/19/2012 | A - ACTIVE |
| BRONISLAV OSTROVSKY | A011893 | DESIGNEE | 12/31/2007 | E - EXPIRED |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.