# EXHIBIT M

# J & R Rey Electric Contractors, Inc.

4411 SIXTY-FIFTH ST.
WOODSIDE, NY 11377
FAX (203) 838-2466

May 10, 2010

NYC DEP
59-17 Junction Blvd. – 17th Floor
Flushing, N. Y. 11373

At: Mr. A. Wasserman

Ref: Subcontractor Approval Request by Schlesinger-Siemens LLC

Dear Mr. Wasserman:

I have just obtained documentation and I was outraged at learning of the barefaced fraud committed by Schlesinger-Siemens LLC in submitting a request for approval of my company, J&R Rey Electrical Contractors Inc., for approval as a subcontractor almost a year after they directed me to leave the job, refused to pay for work performed and refused to honor other contracts.

Documents produced under FOIA request to a third party for Contract WP-103, Wards Island WPCP, Contract 79E, Req. No. CTC 826 200700036666 were forwarded to me this week. I was amazed to see that on January 28, 2009, Mr. Kenneth G. Schill submitted to you a request for approval of J&R Rey Electrical Contractors Inc., (copy attached) in an obvious attempt to maintain the façade that my company was an active participant in Schlesinger-Siemens MBE utilization program. This despite their having refused to honor legitimate invoices, accused me of owing them over $300,000.00 and directing that my company leave the project in April of 2008.

There is ample documentation of these events, including letters from my attorney, demanding compensation from Schlesinger-Siemens LLC for its outrageous, illegal actions. One look at Mr. Ciampi's, August 22, 2008 letter (copy attached) makes clear that Schlesinger-Siemens LLC was committing fraud against both the NYC DEP and J&R Rey Electrical Contractors Inc. in its January 2009 submission.

The information that has been submitted previously without my knowledge and authorization constitutes fraud and the Investigative General Office should conduct an investigation as soon as possible.

Sincerely,

*[signature]*

John Rey
J&R Rey Electrical Contractors Inc.

cc: Mr. R. Dung
    Mr. M. Kalish
    Mr. K. O'Connor
    Mr. R. Solomon
    Mr. M. Carroll

2