# EXHIBIT N

## STATEMENT OF JOHN REY/PRESIDENT OF J & R REY ELECTRIC INC. CO.

Attached are copies of payments made to First Keystone on behalf of Siemens. I was directed by Mr. Robert Solomon that when I received my mark-up payment for my invoicing of equipment furnished to the project at 26Ward12E; he would then issue me an invoice for payments that were to be returned to Siemens. When I received these invoices, which are attached, I would then write a check to First Keystone for the amount requested by Siemens. Mr. Solomon stated to me that I had no choice in this matter.

John Rey/President
J & R Rey Electric Co. Inc.

# FIRST KEYSTONE ACCOUNT

O6O5

| J&R PAY | JOB # | INV # | AMOUNT | VENDOR/CK | DATE | FK PAY | O/P TOT |
|---|---|---|---|---|---|---|---|
| | O6O5 | O6O5-O1 | $327,000.00 | 10174 | 10/19/07 | | |
| $6,160.00 | O6O5 | O6O5-O1A | $26,160.00 | 10175 | 10/19/07 | $20,000.00 | $26,160.00 |
| | O6O5 | O6O5-O2 | $436,000.00 | 10259 | 12/6/07 | | |
| $7,880.00 | O6O5 | O6O5-O2A | $34,880.00 | 10260 | 12/6/07 | $27,000.00 | $34,880.00 |
| | O6O5 | O6O5-O3 | $234,000.00 | 10377 | 2/5/08 | | |
| | O6O5 | O6O5-O3A | $18,720.00 | 10378 | 2/5/08 | | $18,720.00 |
| $22,240.00 | O6O5 | O6O5-O4 | $719,000.00 | 10383 | 2/11/08 | | |
| | O6O5 | O6O5-O4A | $57,520.00 | 10388 | 2/11/08 | $54,000.00 | $57,520.00 |
| | O6O5 | O6O5-O5 | $200,000.00 | 10462 | 3/24/08 | | |
| $6,000.00 | O6O5 | O6O5-O5A | $16,000.00 | 10463 | 3/24/08 | $10,000.00 | $16,000.00 |

$42,280.00

$111,000.00   $153,280.00



# J & R REY ELECTRIC

44-11  65 STREET
WOODSIDE, NY  11377
(646)210-7205 fax (203)838-2466

**Invoice No. 0605-001**

## INVOICE

**Customer**

| | |
|---|---|
| Name | SCHLESINGER-SIEMENS ELEC. LLC |
| Address | 58-89   57 STREET |
| City | MASPETH   State NY   ZIP 11378 |
| Phone | (347) 689-1700 |

| | |
|---|---|
| Date | 10/11/07 |
| Location | N 26 WARD |
| Requisition | 0605-001 |
| JOB # | O6O5 |

| Description | Total Pay |
|---|---|
| 16322 ERANSFORMERS FOR UNIT SUBSTATION DRAWINGS, WITNESSED FACTORY TEST, MV SWITCH AND TRANSFORMER<br><br>NO TAX (SEE ATTACHED TAX EXEMPT CERTIFICATE)<br><br>*Pd /Ck 10174* | $327,000.00 |

| | SubTotal | $327,000.00 |
|---|---|---|
| **Payment Details** | | |
| ◉ | | |
| ○ | OVER HEAD | |
| ○ | **TOTAL** | $327,000.00 |

Office Use Only

*Insert Fine Print Here*

*Insert Farewell Statement Here*

SCHLESINGER ELECTRICAL CONTRACTORS INC.
MASPETH, NY 11378

1017⟨

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 10/11/07 | 0605-001 | 6TH WARD 16322 | 327000.00 | | 327000.00 |
| CHECK DATE 10/19/07 | CHECK NUMBER 10174 | TOTALS | 327000.00 | | 327000.00 |

SCHLESINGER ELECTRICAL CONTRACTORS INC.
26 WARD
58-89 57th STREET
MASPETH, NY 11378

10174

CHASE
JPMorgan Chase Bank, N.A.,
NEW YORK, NEW YORK 10017
www.chase.com

1-2
210

DATE
October 19, 2007

CHECK NO.
10174

AMOUNT
$****327,000.00

Pay: ******************Three hundred twenty-seven thousand dollars and no cents

PAY
TO THE
ORDER
OF

J&R REY ELECTRIC &
SIEMENS ENERGY AUTOMATION

⎚

#010174# #021000021# 746752740#



# J & R REY ELECTRIC

44-11   65 STREET
WOODSIDE, NY  11377
(646)210-7205 fax (203)838-2466

**Invoice No. 0605-001A**

## *INVOICE*

**Customer**

| | |
|---|---|
| Name | SCHLESINGER-SIEMENS ELEC. LLC |
| Address | 58-89   57 STREET |
| City | MASPETH          State NY     ZIP 11378 |
| Phone | (347) 689-1700 |

| | |
|---|---|
| Date | 10/11/07 |
| Location | N 26 WARD |
| Requisition | 0605-001A |
| JOB # | O6O5 |

| Description | | Total Pay |
|---|---|---|
| 16322 ERANSFORMERS FOR UNIT SUBSTATION DRAWINGS, WITNESSED FACTORY TEST, MV SWITCH AND TRANSFORMER<br><br>PROFIT AND OVERHEAD<br><br>*fd/Ck.10175* | | $26,160.00 |

| | |
|---|---|
| SubTotal | $26,160.00 |
| | |
| **TOTAL** | $26,160.00 |

**Payment Details**

○ ● ○ ○

Office Use Only

*Insert Fine Print Here*

*Insert Farewell Statement Here*

SCHLESINGER ELECTRICAL CONTRACTORS INC.
MASPETH, NY 11378

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 10/11/07 | 0605-001A | 16322 ERANSFORMERS | 26160.00 | | 26160.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| 10/20/07 | CHECK NUMBER 10175 | TOTALS | 26160.00 | | 26160.00 |

SCHLESINGER ELECTRICAL CONTRACTORS INC.
26 WARD
58-89 57TH STREET
MASPETH, NY 11378

CHASE
JPMorgan Chase Bank, N.A.
NEW YORK, NEW YORK 10017
www.chase.com

1-2
210

CHECK NO. 10175

Pay:  ******************Twenty-six thousand one hundred sixty dollars and no cents

DATE
October 20, 2007

AMOUNT
$*****26,160.00

PAY
TO THE
ORDER
OF

J&R REY ELECTRIC
44-11 SIXTY FIFTH STREET
WOODSIDE, NY  11377

⊕

1"0 10 175 1"  1:0 2 10000 2 1:   746 75 274 0 1"

# FIRST KEYSTONE CONSULTANTS, INC.

1629 S.E. Ballantrae Boulevard  Port St. Lucie, FL 34952
P: 772.398.1528  F: 772.398.1547  E-MAIL:

**October 15, 2007**                                         **Invoice # 0740**

**J&R Rey Electric**
**44-11 65 Street**
**Woodside, NY 11377**


## INVOICE

**For estimating services JFK**                    **$20,000.00**

                                                    ───────────
           **Net amount due**                       **$20,000.00**

*Pd/Ck 5717*
*10-31-07*

J & R Rey Electrical Contractors, Inc.
4 Erin Court
Norwalk, CT 06054

5712

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

DATE Oct. 31, 2007    51-110-211

PAY
TO THE
ORDER OF   First Keystone

$ 20,000.00

_____ DOLLARS

J & R K

⑆000057⑈2⑆  ⑆0⑈⑈0⑈⑈08⑆ 2000⑈⑈0748 29⑈  ⑆000 2000000⑆

PAY TO THE ORDER OF
SUMMIT BANK
BETHLEHEM, PA 18018
▼ 031304050 ▼
FOR DEPOSIT ONLY
FIRST KEYSTONE CONSULTANTS, INC.
4446090061

3051
8.9373

BANK OF AMERICA, NA HRT
▶911060132◀ E002) 94 P95
11/02/07

4470144606

| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 00000200001074829 | 11/5/2007 | $20,000.00 | 000000000005712 | 00000000001654255530 | Posted Items |

Wachovia certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia, its predecessors or successors.

Page 1



# J & R REY ELECTRIC

44-11 65 STREET
WOODSIDE, NY 11377
(646)210-7205 fax (203)838-2466

**Invoice No. 0605-002**

## INVOICE ══

| Customer | | | | | | |
|---|---|---|---|---|---|---|
| Name | SCHLESINGER-SIEMENS ELEC. LLC | | | | Date | 11/16/07 |
| Address | 58-89 57STREET | | | | Location | N26 WARD |
| City | MASPETH | State NY | ZIP 11378 | | Requisition | 0605-002 |
| Phone | | | | | JOB # | O6O5 |

| | Description | Total Pay |
|---|---|---|
| | 16360 LV SWGR FOR UNIT SUBSTATION | |
| | DRAWINGS/PR | $53,000.00 |
| | WITNESSED FACTORY TEST/PR | $13,000.00 |
| | DIGESTER UNIT SUBSTATION/PR | $350,000.00 |
| | 16441 LV PANELS | |
| | PP/PR | $2,000.00 |
| | PP-L/PR | $2,000.00 |
| | PP-H/PR | $2,000.00 |
| | LP/PR | $2,000.00 |
| | IP-24/PR | $2,000.00 |
| | LP-24/PR | $2,000.00 |
| | SCR-PNL/PR | $2,000.00 |
| | LP-AER/PR | $2,000.00 |
| | IP-FST/PR | $2,000.00 |
| | LP-FST/PR | $2,000.00 |
| | | |
| | NO TAX (SEE ATTACHED TAX EXEMPT CERTIFICATE) | |

*Pd/Ck 10259*

| | SubTotal | $436,000.00 |
|---|---|---|
| | | |
| | | |
| | **TOTAL** | $436,000.00 |

**Payment Details**
○ (selected)
○
○

Office Use Only

| CHECK DATE | CHECK NUMBER | | TOTALS | |
|---|---|---|---|---|
| 12/06/07 | 10259 | | | 436000.00 |
| | | | | 436000.00 |

**SCHLESINGER ELECTRICAL CONTRACTORS INC.**
26 WARD
58-89 57th STREET
MASPETH, NY 11378

CHASE
JPMorgan Chase Bank, N.A.
NEW YORK, NEW YORK 10017
www.chase.com

1-2
210

10259

Pay: *********************Four hundred thirty-six thousand dollars and no cents

DATE
December 6, 2007

CHECK NO.          AMOUNT
10259      $****436,000.00

PAY
TO THE
ORDER
OF

J&R REY ELECTRIC &
SIEMENS ENERGY AUTOMATION

⊕

⑈"0¦0259⑈"  ⑈:02¦0000 2¦:  74675 2740⑈"



# J & R REY ELECTRIC

44-11 65 STREET
WOODSIDE, NY 11377
(646)210-7205 fax (203)838-2466

**Invoice No. 0605-002A**

## INVOICE

**Customer**

| | |
|---|---|
| Name | SCHLESINGER-SIEMENS ELEC. LLC |
| Address | 58-89 57STREET |
| City | MASPETH State NY ZIP 11378 |
| Phone | |

| | |
|---|---|
| Date | 11/16/07 |
| Location | 26 WARD |
| Requisition | 0605-002A |
| JOB # | O6O5 |

| Description | | Total Pay |
|---|---|---|
| 16360 LV SWGR FOR UNIT SUBSTATION | | |
| DRAWINGS/PR | | |
| WITNESSED FACTORY TEST/PR | | |
| DIGESTER UNIT SUBSTATION/PR | | |
| 16441 LV PANELS | | |
| PP/PR | | |
| PP-L/PR | | |
| PP-H/PR | | |
| LP/PR | | |
| IP-24/PR | | |
| LP-24/PR | | |
| SCR-PNL/PR *Pd/Ck 10260* | | |
| LP-AER/PR | | |
| IP-FST/PR | | |
| LP-FST/PR | | |
| | | |
| PROFIT AND OVERHEAD | $34,880.00 | |
| | SubTotal | $34,880.00 |
| | | |
| | **TOTAL** | $34,880.00 |

**Payment Details**

◉
○
○

Office Use Only

SCHLESINGER ELECTRICAL CONTRACTORS INC.
MASPETH, NY 11378

10260

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 11/16/07 | 0605-002A | | 34880.00 | | 34880.00 |

| CHECK DATE | 12/06/07 | CHECK NUMBER | 10260 | TOTALS | 34880.00 | | 34880.00 |

SCHLESINGER ELECTRICAL CONTRACTORS INC.
26 WARD
58-89 57th STREET
MASPETH, NY 11378

CHASE
JPMorgan Chase Bank, N.A.
NEW YORK, NEW YORK 10017
www.chase.com

1-2
210

10260

Pay: ************Thirty-four thousand eight hundred eighty dollars and no cents

DATE
December 6, 2007

CHECK NO.
10260

AMOUNT
$*****34,880.00

PAY
TO THE
ORDER
OF

J&R REY ELECTRIC
44-11 SIXTY FIFTH STREET
WOODSIDE, NY 11377

⌂

⑈"0 10 260⑈" ⑈:0 2 10000 2 1:   74 6 75 2 74 0⑈"

# FIRST KEYSTONE CONSULTANTS, INC.

1629 S.E. Ballantrae Boulevard  Port St. Lucie, FL 34952
P: 772.398.1528  F: 772.398.1547  E-MAIL: rrnas@aol.com

December 6, 2007

Invoice # 0750

**J&R Rey Electric**
**44-11 65 Street**
**Woodside, NY 11377**

## INVOICE

For estimating services JFK,
Brooklhaven National Lab, 31ˢᵗ Street                    $27,000.00

_____

Net amount due                                           $27,000.00

*Pd (Ck 5836 (12-15-07)*



J & R Rey Electrical Contractors, Inc.
4 Erin Court
Norwalk, Ct 06854

5836

110-211

PAY TO THE ORDER OF _First Keystone_

DATE _Dec 31, 2007_

$ 27000.00

_____ DOLLARS

Inv No 0750

THIS CHECK IS DELIVERED FOR PAYMENT ON THE ACCOUNTS LISTED

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

⑈ºⁱ000058 36ⁱⁱⁱ ⁣º2 ⁣ⁱⁱ0 ⁣ ⁣ⁱⁱ08ⁱⁱ 20000 ⁣ ⁣0748 29ⁱⁱ  ⁣ºⁱ000 2780000ⁱⁱ

PAY TO THE ORDER OF
SUMMIT BANK
BETHLEHEM, PA 18018
▼ 031304050 ▲
FOR DEPOSIT ONLY
FIRST KEYSTONE CONSULTANTS, INC
444605906[?]

3106
2 3 7 4 7

BANK OF AMERICA, NA HRT
№011660138N E6223 94 PR5
01/03/08

457881515?

Wachovia Bank, a division of
Wells Fargo Bank, N.A

| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000011074829 | 1/3/2008 | $27,000.00 | 000000000005836 | 0000000000353267130 | Posted Items |

Wachovia certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia, its predecessors or successors.



# J & R REY ELECTRIC
44-11  65 STREET
WOODSIDE, NY  11377
(646)210-7205 fax (203)838-2466

**Invoice No. 0605-003**

# INVOICE

### Customer

| | |
|---|---|
| Name | SCHLESINGER-SIEMENS ELEC. LLC |
| Address | 58-89   57STREET |
| City | MASPETH          State NY      ZIP 11378 |
| Phone | |

| | |
|---|---|
| Date | 1/24/08 |
| Location | 26  WARD |
| Requisition | 0605-003 |
| JOB # | O6O5 |

| | Description | Total Pay |
|---|---|---|
| | **UPSS** | |
| 2 | 3.0 KVA, 120/208 VAC IN, 120/208 VAC OPR | $24,000.00 |
| 2 | 1.5 KVA, 120 VAC IN, 120 VAC OUT | $19,000.00 |
| | **16496 TRANSFER SWITCHES** | |
| 1 | 400A, 480V | $25,000.00 |
| 2 | 100A, 480V | $11,000.00 |
| 4 | 70A, 480V | $8,000.00 |
| | **STANDARD EQUIPMENT** | |
| 1 | 15 KVA TRANSFORMER 480-120/208 | $15,000.00 |
| 2 | 30 KVA TRANSFORMER 480-120/208 | $25,000.00 |
| 2 | 100A ENCLOSED BREAKER | $2,000.00 |
| | | |
| | NO TAX (SEE ATTACHED TAX EXEMPT CERTIFICATE) | |

| | |
|---|---|
| SubTotal | $234,000.00 |
| | |
| **TOTAL** | $234,000.00 |

### Payment Details

◉
○
○

*Pd/Ck 10377*

Office Use Only

SCHLESINGER ELECTRICAL CONTRACTORS INC.
MASPETH, NY 11378

10377

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 1/24/08 | 0605-003 | EQUIPMENT | 234000.00 | | 234000.00 |

| HECK ATE | 2/05/08 | CHECK NUMBER | 10377 | TOTALS | 234000.00 | | 234000.00 |

---

**SCHLESINGER ELECTRICAL CONTRACTORS INC.**
26 WARD
58-89 57th STREET
MASPETH, NY 11378

CHASE
JPMorgan Chase Bank, N.A.
NEW YORK, NEW YORK 10017
www.chase.com

1-2
210

10377

Pay:  *******************Two hundred thirty-four thousand dollars and no cents

| | DATE | CHECK NO. | AMOUNT |
| | February 5, 2008 | 10377 | $****234,000.00 |

PAY
TO THE
ORDER
OF

J&R REY ELECTRIC &
SIEMENS ENERGY AUTOMATION

⌂

⑈010377⑈ ⑆021000021⑆    746752740⑈



# J & R REY ELECTRIC

44-11  65 STREET
WOODSIDE, NY  11377
(646)210-7205 fax (203)838-2466

**Invoice No. 0605-003A**

## INVOICE

**Customer**

| | |
|---|---|
| Name | SCHLESINGER-SIEMENS ELEC. LLC |
| Address | 58-89   57STREET |
| City | MASPETH     State NY     ZIP 11378 |
| Phone | |

| | |
|---|---|
| Date | 1/24/08 |
| Location | ↑26  WARD |
| Requisition | 0605-003A |
| JOB # | O6O5 |

| | Description | | Total Pay |
|---|---|---|---|
| | **UPSS** | | |
| 2 | 3.0 KVA, 120/208 VAC IN, 120/208 VAC OPR | | |
| 2 | 1.5 KVA, 120 VAC IN, 120 VAC OUT | | |
| | **16496 TRANSFER SWITCHES** | | |
| 1 | 400A, 480V | | |
| 2 | 100A, 480V | | |
| 4 | 70A, 480V | | |
| | **STANDARD EQUIPMENT** | | |
| 1 | 15 KVA TRANSFORMER 480-120/208 | | |
| 2 | 30 KVA TRANSFORMER 480-120/208 | | |
| 2 | 100A ENCLOSED BREAKER | | |
| | PROFIT AND OVERHEAD | $18,720.00 | |
| | | SubTotal | $18,720.00 |
| | | | |
| | | TOTAL | $18,720.00 |

**Payment Details**

◉
○
○  *Pd/Ck 10378*

Office Use Only

**SCHLESINGER ELECTRICAL CONTRACTORS INC.**
MASPETH, NY 11376

10378

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 1/24/08 | 0605-003A | PROFIT & OVERHEAD | 18720.00 | | 18720.00 |

| CHECK DATE | CHECK NUMBER | | | TOTALS | |
|------------|--------------|--|--|--------|--|
| 2/05/08 | 10378 | | | | 18720.00 |

18720.00

---

**SCHLESINGER ELECTRICAL CONTRACTORS INC.**
26 WARD
58-89 57th STREET
MASPETH, NY 11378

CHASE
JPMorgan Chase Bank, N.A.
NEW YORK, NEW YORK 10017
www.chase.com

12
210

10378

Pay: ***************Eighteen thousand seven hundred twenty dollars and no cents

DATE
February 5, 2008

CHECK NO.
10378

AMOUNT
$******18,720.00

**PAY TO THE ORDER OF**
J&R REY ELECTRIC
44-11 SIXTY FIFTH STREET
WOODSIDE, NY 11377

⑮

⑪⑩10378⑩ ⑩:0 210000 2 ⑩:       74675 27440⑩



# J & R REY ELECTRIC

44-11  65 STREET
WOODSIDE, NY  11377
(646)210-7205 fax (203)838-2466

**Invoice No. 0605-004**

## INVOICE

**Customer**

| | | |
|---|---|---|
| Name | SCHLESINGER-SIEMENS ELEC. LLC | |
| Address | 58-89   57STREET | |
| City | MASPETH | State NY   ZIP 11378 |
| Phone | | |

| | |
|---|---|
| Date | 1/31/08 |
| Location | N26  WARD |
| Requisition | 0605-004 |
| JOB # | O6O5 |

| Qty | Description | Total Pay |
|---|---|---|
| | **16322 TRANSFORMERS FOR UNIT SUBSTATION** | |
| 1 | ITEM #7  O&M MANUALS | $5,000.00 |
| | **16330 LV SWGR UNIT SUBSTATION** | |
| 1 | ITEM #16  O&M MANUALS | $5,000.00 |
| | ITEM #18  SPARE PARTS | $10,000.00 |
| | **16482 MOTOR CONTROL CENTERS** | |
| | ITEM #20  DRAWINGS | $113,000.00 |
| | ITEM #23 WITNESSED FACTORY TEST | $20,000.00 |
| | ITEM #25  O&M MANUALS | $5,000.00 |
| | ITEM #28  MCC-22 | $356,000.00 |
| | ITEM #29  MCC-23 | $200,000.00 |
| | **16496 TRANSFER SWITCHES** | |
| | ITEM #64  O&M MANUALS | $5,000.00 |
| | **NO TAX (SEE ATTACHED TAX EXEMPT CERTIFICATE)** | |

*Pd/Ck 10383*

**Payment Details**

| | |
|---|---|
| SubTotal | $719,000.00 |
| **TOTAL** | $719,000.00 |

Office Use Only

SCHLESINGER ELECTRICAL CONTRACTORS INC.
MASPETH, NY 11378

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 1/31/08 | 0605-004 | JOB#0605 | 719000.00 | | 719000.00 |

| CHECK DATE | | CHECK NUMBER | | | |
|---|---|---|---|---|---|
| 2/11/08 | | 10383 | TOTALS | 719000.00 | 719000.00 |

10383

SCHLESINGER ELECTRICAL CONTRACTORS INC.
26 WARD
58-89 57th STREET
MASPETH, NY 11378

1-2
210

CHASE
JPMorgan Chase Bank, N.A.
NEW YORK, NEW YORK 10017
www.chase.com

10383

Pay: *******************Seven hundred nineteen thousand dollars and no cents

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| February 11, 2008 | 10383 | $****719,000.00 |

PAY
TO THE
ORDER
OF

J&R REY ELECTRIC &
SIEMENS ENERGY AUTOMATION

⊕

"010383"  ":021000021:  74675274O"



# J & R REY ELECTRIC

44-11  65 STREET
WOODSIDE, NY  11377
(646)210-7205 fax (203)838-2466

**Invoice No. 0605-004A**

## INVOICE

| Customer | | | | |
|---|---|---|---|---|
| Name | SCHLESINGER-SIEMENS ELEC. LLC | | | |
| Address | 58-89   57STREET | | | |
| City | MASPETH | State NY | ZIP 11378 | |
| Phone | | | | |

| | |
|---|---|
| Date | 1/31/08 |
| Location | N26  WARD |
| Requisition | 0605-004A |
| JOB # | O6O5 |

| Qty | Description | | Total Pay |
|---|---|---|---|
| | **16322 TRANSFORMERS FOR UNIT SUBSTATION** | | |
| 1 | ITEM #7  O&M MANUALS | | |
| | **16330 LV SWGR UNIT SUBSTATION** | | |
| 1 | ITEM #16  O&M MANUALS | | |
| | ITEM #18  SPARE PARTS | | |
| | **16482 MOTOR CONTROL CENTERS** | | |
| | ITEM #20  DRAWINGS | | |
| | ITEM #23 WITNESSED FACTORY TEST | | |
| | ITEM #25  O&M MANUALS | | |
| | ITEM #28  MCC-22 | | |
| | ITEM #29  MCC-23 | | |
| | **16496 TRANSFER SWITCHES** | | |
| | ITEM #64  O&M MANUALS | | |
| | | | |
| | **PROFIT AND OVERHEAD** | $57,520.00 | |
| | *Pd / Ck 10388* | | |

| | | |
|---|---|---|
| | SubTotal | $57,520.00 |
| | | |
| | **TOTAL** | $57,520.00 |

| Payment Details |
|---|
| ◉ |
| ○ |
| ○ |

Office Use Only

SCHLESINGER ELECTRICAL CONTRACTORS INC.
MASPETH, NY 11378

10388

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 1/31/08 | 0605-004A | JOB#0605 | 57520.00 | | 57520.00 |

| CHECK DATE | 2/11/08 | CHECK NUMBER | 10388 | TOTALS | 57520.00 | | 57520.00 |

---

SCHLESINGER ELECTRICAL CONTRACTORS INC.
26 WARD
58-89 57th STREET
MASPETH, NY 11378

10388

CHASE
JPMorgan Chase Bank, N.A.,
NEW YORK, NEW YORK 10017
www.chase.com

1-2
210

DATE                          CHECK NO.        AMOUNT
February 11, 2008            10388   $******57,520.00

Pay: ***********Fifty-seven thousand five hundred twenty dollars and no cents

PAY
TO THE
ORDER
OF

J&R REY ELECTRIC
44-11 SIXTY FIFTH STREET
WOODSIDE, NY 11377

⌐A

⑈0⑈0388⑈⑈ ⑈⑈0 ⑈⑈0000 2 ⑈⑈: 74 675 274 0⑈⑈

# FIRST KEYSTONE CONSULTANTS, INC.

1629 S.E. Ballantrae Boulevard  Port St. Lucie, FL 34952
P: 772.398.1528  F: 772.398.1547  E-MAIL: rrnas@aol.com

February 1, 2008                                    Location: JFK and Misc.

**J&R REY ELECTRICAL**
**44-11 65 Street**
**Woodside, NY 11377**

For Estimating, Design and Business Services, as
Agreed                                                 $54,000.00

                                                  *fd./Ck 6021*
                                                  *2-20-08*



J & K Rey Electrical Contractors, Inc.                    6021
4 Elm Court
Norwalk, Ct 06854

DATE _Feb 20, 20__

PAY TO THE ORDER OF _First Keystone_                    $ 54000.00

_Fifty four Thousand_                               DOLLARS

⑆000602⑆ ⑆021101108⑆ 20001107482⑆      ⑆0005400000⑆

PAY TO THE ORDER OF
SUMMIT BANK
BETHLEHEM, PA 18018
03130480
FOR DEPOSIT ONLY
FIRST KEYSTONE CONSULTANTS, INC
4446009081

4270476151

| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000011074829 | 2/22/2008 | $54,000.00 | 000000000006021 | 00000000005554063820 | Posted Items |

Wachovia certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia, its predecessors or successors.

Page 1

Wachovia Bank, a division of
Wells Fargo Bank, N.A.



# J & R REY ELECTRIC
44-11  65 STREET
WOODSIDE, NY  11377
(646)210-7205 fax (203)838-2466

**Invoice No. 0605-005**

## INVOICE

| Customer | | |
|---|---|---|
| Name | SCHLESINGER-SIEMENS ELEC. LLC | |
| Address | 58-89   57STREET | |
| City | MASPETH | State NY    ZIP 11378 |
| Phone | | |

| | |
|---|---|
| Date | 3/7/08 |
| Location | N26  WARD |
| Requisition | 0605-005 |
| JOB # | O6O5 |

| Qty | Description | | Total Pay |
|---|---|---|---|
| 1 | **16482 MOTOR CONTROLS CENTERS**<br>ITEM #30   MCC-24 | $200,000.00 | |
| | **NO TAX (SEE ATTACHED TAX EXEMPT CERTIFICATE)** | | |
| | *fd/Ck 10462* | | |

| | SubTotal | $200,000.00 |
|---|---|---|
| | | |
| | **TOTAL** | $200,000.00 |

**Payment Details**
◉
○
○

Office Use Only

SCHLESINGER ELECTRICAL CONTRACTORS INC.
MASPETH, NY 11378

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 3/07/08 | 0605-005 | 16482 MCC | 200000.00 | | 200000.00 |

| CHECK DATE | CHECK NUMBER | TOTALS | |
|------------|--------------|--------|--------|
| 3/24/08 | 10462 | | 200000.00 | 200000.00 |

10462

---

SCHLESINGER ELECTRICAL CONTRACTORS INC.
26 WARD
58-89 57th STREET
MASPETH, NY 11378

CHASE
JPMorgan Chase Bank, N.A.
NEW YORK, NEW YORK 10017
www.chase.com

1-2
210

10462

DATE
March 24, 2008

Pay: ***********************************Two hundred thousand dollars and no cents

CHECK NO.        AMOUNT
10462    $****200,000.00

PAY TO THE ORDER OF
J&R REY ELECTRIC &
SIEMENS ENERGY AUTOMATION

⦉

⑈⚋010462⚋⦉ ⚋⚌02⚌00002⚌⦉⚋      74675274⚌0⦉⚌



# J & R REY ELECTRIC

44-11  65 STREET
WOODSIDE, NY  11377
(646)210-7205 fax (203)838-2466

Invoice No. 0605-005A

## *INVOICE*

**Customer**

| | |
|---|---|
| Name | SCHLESINGER-SIEMENS ELEC. LLC |
| Address | 58-89   57STREET |
| City | MASPETH       State NY     ZIP 11378 |
| Phone | |

| | |
|---|---|
| Date | 3/7/08 |
| Location | N 26  WARD |
| Requisition | 0605-005A |
| JOB # | O6O5 |

| Qty | Description | | Total Pay |
|---|---|---|---|
| 1 | **16482 MOTOR CONTROLS CENTERS**<br>ITEM #30   MCC-24 | | |
| | **PROFIT AND OVERHEAD** | | $16,000.00 |
| | *Pd/Ck 10463* | | |
| | | SubTotal | $16,000.00 |
| | | | |
| | | **TOTAL** | $16,000.00 |

**Payment Details**

○ ● ○ ○

Office Use Only

SCHLESINGER ELECTRICAL CONTRACTORS INC.
MASPETH, NY 11378

10463

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 3/07/08 | 0605-005A | 16482 MOTOR CONTROLS C | 16000.00 | | 16000.00 |

| CHECK DATE | CHECK NUMBER | | TOTALS | | |
|------------|--------------|--|--------|--|--|
| 3/24/08 | 10463 | | | 16000.00 | 16000.00 |

SCHLESINGER ELECTRICAL CONTRACTORS INC.
26 WARD
58-89 57th STREET
MASPETH, NY 11378

10463

CHASE
JPMorgan Chase Bank, N.A.
NEW YORK, NEW YORK 10017
www.chase.com

1-2
210

Pay: **********************************Sixteen thousand dollars and no cents

DATE
March 24, 2008

CHECK NO.         AMOUNT
10463  $*****16,000.00

PAY
TO THE
ORDER
OF

J&R REY ELECTRIC
44-11 SIXTY FIFTH STREET
WOODSIDE, NY 11377

⌂

⑉"010463⑉"  ⑉:021000002⑉:   74675274⑉"

# FIRST KEYSTONE CONSULTANTS, INC.

1629 S.E. Ballantrae Boulevard  Port St. Lucie, FL 34952
P: 772.398.1528  F: 772.398.1547  E-MAIL: rrous@aol.com

April 1, 2008                          Location: JFK and Misc.

**J&R REY ELECTRICAL**
44-11 65 Street
Woodside, NY 11377

**For Estimating, Design and Business Services, as
Agreed**                          $10,000.00

*Al/Cl 6134
4-4-08*



J & R Rey Electrical Contractors, Inc.
4 Erin Court
Norwalk, Ct 06854

6134

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

51-110-211

DATE Apr 7, 2008

PAY TO THE ORDER OF First Keystone

$ 10,000.00

DOLLARS

Smt 4-7-08

THE CHECK IS DELIVERED FOR PAYMENT ON THE ACCOUNTS LISTED

John Rey

⑈"0000b134⑈"  ⑈:02110110b⑈:  20000110748 29⑈"  ⑈'000 1000000,'

PAY TO THE ORDER OF
SUMMIT BANK
BETHLEHEM, PA. 18018
► 03130450 ◄
FOR DEPOSIT ONLY
FIRST KEYSTONE CONSULTANTS, INC
4446009061

3151
56301

BANK OF AMERICA, NA (ET)
1002354 03734 94 F05
64/62/17

427027776 5

Wachovia Bank, a division of
Wells Fargo Bank, N.A.

| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000011074829 | 4/9/2008 | $10,000.00 | 000000000006134 | 00000000005653218280 | Posted Items |

Wachovia certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia, its predecessors or successors.