# EXHIBIT O

SCHLESINGER-SIEMENS ELECTRICAL, LLC
58-89 57TH STREET
MASPETH, NEW YORK 11378
347-689-1700

May 28, 2008

Office of Contract Compliance
NYC Department of Environmental Protection
59-17 Junction Boulevard – 17th Floor
Flushing, New York 11373

Mr. Wasserman;

We are forwarding the attached revised 'Detailed MBE/WBE Utilization Plan' due to the fact that our previous MBE has been terminated for default. The reason for this action was that J & R Rey Electric has failed to perform under the terms of its agreement.

If you have any questions please feel free to contact us.

Thank you for your cooperation and assistance.

With Best Regards,


Roland Dung,
General Manager

PAGE 2

MBE INFORMATION: In Order to Achieve the MBE Goals, CERTIFIED MINORITY OWNED Firms are Expected to Participate in the Following Manner:

| MBE FIRMS | DESCRIPTION OF WORK / QUANTITIES INVOLVED BY MBE | PROJECTED MBE CONTRACT AMOUNT AND AWARD DATE | CONTRACT SCHEDULE START DATE | CONTRACT PAYMENT SCHEDULE | PROJECT COMPLETION DATE |
|---|---|---|---|---|---|
| NAME: A-TECH ELECTRIC ENTERPRISES<br>ADDRESS: 90 WHITE STREET<br>CITY: New York<br>STATE/ZIP CODE: New York 10013<br>TELEPHONE NUMBER: (212) 343-8700 | FURNISH & INSTALL CONDUIT, WIRE - MISC. ELECTRICAL CONNECTIONS AND EQUIPMENT | $200,000<br>DATE | | MONTHLY | |
| NAME:<br>ADDRESS:<br>CITY:<br>STATE/ZIP CODE:<br>TELEPHONE NUMBER: ( ) | | $<br>DATE | | | |
| NAME:<br>ADDRESS:<br>CITY:<br>STATE/ZIP CODE:<br>TELEPHONE NUMBER: ( ) | | $<br>DATE | | | |
| NAME:<br>ADDRESS:<br>CITY:<br>STATE/ZIP CODE:<br>TELEPHONE NUMBER: ( ) | | $<br>DATE | | | |

PAGE 1

# CONSULTANT/CONTRACTOR DETAILED MBE/WBE UTILIZATION PLAN

| Consultant/Contractor Name | Schlesinger - Siemens Electrical, LLC | | | |
|---|---|---|---|---|
| Address 58-89 57th Street | | City MASPETH | State NY | Zip Code 11378 |
| Contracting Agency New York City Department of Environmental Protection | | | Loan Number (Official Use Only) | |
| Address 59-17 Junction Boulevard | | City Flushing | State NY | Zip Code 11373 |

Project Number and Description: Project No. P.O.-087E, BNR Technology UPGRADE, ELECTRICAL WORK

| Authorized Signature (Consultant/Contractor) | Title | Date |
|---|---|---|
| Authorized Signature (Contracting Agency) | Title GENERAL MANAGER | Date |

### Projected MBE/WBE Utilization Summary

| | | | |
|---|---|---|---|
| 1. Total Dollar Value of the Prime Contract: | 11,745,000 | 4. Total MBE Dollar Amount Met: | |
| 2. MBE Percentage/Amount Applied to the Contract: 17% | 1,996,650 | 5. Total WBE Dollar Amount Met: | 2,000,000 |
| 3. WBE Percentage/Amount Applied to the Contract: 5% | 587,250 | 6. Total MBE Dollar Amount Unmet: | 600,000 |
| 3a. MBE/WBE Combined Total: | 2,583,900 | 7. Total WBE Dollar Amount Unmet: | |

### Official Use Only

| | SUBTOTALS | DATE APPROVED | DATE DISAPPROVED | INITIALS |
|---|---|---|---|---|
| MBE | | | | |
| WBE | | | | |

NOTE: List MBE Information on Pages 2 and 3. List WBE Information on Page 4.
Attach additional page(s) if necessary.