# EXHIBIT P

A Tech Electric Enterprise Inc
90 White Street
New York, NY 10013
Tel:(212)343-8700

**INVOICE**

Invoice No. 0493

**Customer**

| | |
|---|---|
| Name | Schlesinger Electrical LLC |
| Address | 56-89 57th Street |
| City | Maspeth  State NY  ZIP 11378 |
| Phone | |

**Misc**

| | |
|---|---|
| Date | 5/17/2008 |
| Order No | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | Wards Island Project | | |
| | 7 Wards Island Way | | |
| | New York, NY 10035 | | |
| | | | |
| | Purchase Order# | | |
| | Contract Value | | |
| 1 | As per agreement: | $ 976,846.00 | $ 976,846.00 |
| | Invoice for Siemens Material (E House) | | |
| | Amount Previously Billed: $0 | | |
| | Billed To Date: $976,846.00 | | |
| | Amount Of This Invoice $976,846.00 | | |
| | | | |
| | Tax Exempt Job | | |
| | A TECH JOB# 08-06008 | | |

Handwritten: INV 2079  8/15/08

| | | |
|---|---|---|
| | SubTotal | $ 976,846.00 |
| | Shipping | |
| Payment  Check | Tax Rate(s) | |
| | TOTAL | $ 976,846.00 |

Comments
Name
CC #
Expires

ATT: Accounts Payable

We appreciate your company's business

Confidential - Subject to Confidentiality Stipulation