# EXHIBIT R

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: THE ALISON CONSULTING GROUP, INC.

Selected Entity Status Information

**Current Entity Name:** THE ALISON CONSULTING GROUP, INC.
**Initial DOS Filing Date:** DECEMBER 13, 2004
**County:** SUFFOLK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
THE ALISON CONSULTING GROUP, INC.
53 KALMIA STREET
EAST NORTHPORT, NEW YORK, 11731

**Chairman or Chief Executive Officer**
JOSEPH J. GUDDEMI
1 HEWITT SQUARE / SUITE 150
E NORTHPORT, NEW YORK, 11731

**Principal Executive Office**
THE ALISON CONSULTING GROUP, INC.
1 HEWITT SQUARE / SUITE 150
E NORTHPORT, NEW YORK, 11731

**Registered Agent**
JOSEPH J GUDDEMI
53 KALMIA STREET
EAST NORTHPORT, NEW YORK, 11731

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search