# EXHIBIT S

# ALISON CONSULTING GROUP, INC

## INVOICE

ONE HEWITT SQUARE  
SUITE 150  
EAST NORTHPORT, NEW YORK 11731  
OFFICE (631.754.3119)  CELL (917.882.5762)  
BILL TO:  
SCHLESINGER ELECTRICAL CONTRACTORS  
664 BERGEN STREET  
BROOKLYN, NEW YORK 11238  
(718.636.3944)

DATE: June 30, 2006  
INVOICE #1121  

FOR: Professional Services  
26th Ward WPCP

| Description | Rate | Amount |
|---|---|---|
| 6/18/2006 Additional cell phones for field-reports to Scott-warehouse | 600 per day | $ 600.00 |
| 6/19/2006 Review upgrade for server-review invoices-golf cart | 600 per day | $ 600.00 |
| 6/20/2006 Write EWO's-discuss insurance w/Scott | 600 per day | $ 600.00 |
| 6/21/2006 Write contracts for minorities-review payroll | 600 per day | $ 600.00 |
| 6/22/2006 Purchase for men's trailer-review w-9 for city | 600 per day | $ 600.00 |
| 6/23/2006 Set up badge program for minorities-cert payroll for req. 3 | 600 per day | $ 600.00 |
| 6/26/2006 Update invoice #9-complete credit app. Wesco | 600 per day | $ 600.00 |
| 6/27/2006 Correct address/phone on web site-request insurance cards from Scott | 600 per day | $ 600.00 |
| 6/28/2006 Update manpower for Roland-roofer on site-inspection for van-set up appointment for phone service | 600 per day | $ 600.00 |
| 6/29/2006 Update invoice #9-meet w/minority contractor-staff meeting-demo phone system-notirize contracts Ward's is | 600 per day | $ 600.00 |
| 6/30/2006 Have contracts delivered to Rigby,DEP-e-mail Scott about insurance for van which was not received | 600 per day | $ 600.00 |
| | SUBTOTAL | $ 6,600.00 |
| | OTHER | |
| | TOTAL | $ 6,600.00 |

Make all checks payable to ALISON CONSULTING GROUP,INC.  
Total due in 5 days. Overdue accounts subject to a service charge of 1% per month.

THANK YOU FOR YOUR BUSINESS!  
alisonconsulting.com

Confidential-Subject to Confidentiality Stipulation

# ALISON CONSULTING GROUP, INC

## INVOICE

ONE HEWITT SQUARE  
SUITE 150  
EAST NORTHPORT, NEW YORK 11731  
OFFICE (631.754.3119) CELL (917.882.5782)  
BILL TO:  
SCHLESINGER ELECTRICAL CONTRACTORS  
664 BERGEN STREET  
BROOKLYN, NEW YORK 11238  
(718.638.3944)

DATE: June 15, 2006  
INVOICE #1109

FOR: Professional Services  
26th Ward WPCP

| Date | Description | Rate | Amount |
|---|---|---|---|
| 6/1/2006 | order port e san for men-have pick up inspected | 600 per day | $ 600.00 |
| 6/2/2006 | Staff meeting-update invoice #8-review payroll | 600 per day | $ 600.00 |
| 6/5/2006 | * | 600 per day | $ - |
| 6/6/2006 | * | 600 per day | $ - |
| 6/7/2006 | * | 600 per day | $ - |
| 6/8/2006 | update EWO's-PO's from Rich | 600 per day | $ 600.00 |
| 6/9/2006 | update invoice#8-water station for men-look into paving yard-finish reports | 600 per day | $ 600.00 |
| 6/10/2006 | meeting with Bob | 600 per day | N/C |
| 6/12/2006 | look at box truck-order new phones-review Sat. hours | 600 per day | $ 600.00 |
| 6/13/2006 | staf meeting finalize invoice #8 | 600 per day | $ 600.00 |
| 6/14/2006 | review insurance in order to reg. DEP-agree on box truck | 600 per day | $ 600.00 |
| 6/15/2006 | e-mail all monthly reports-order additional softwear set up PO system | 600 per day | $ 600.00 |
| | | SUBTOTAL | $ 4,800.00 |
| | | OTHER | |
| | | TOTAL | $ 4,800.00 |

Make all checks payable to ALISON CONSULTING GROUP, INC.  
Total due in 5 days. Overdue accounts subject to a service charge of 1% per month.



OK  
6/15/06

THANK YOU FOR YOUR BUSINESS!  
alisonconsulting.com

Confidential-Subject to Confidentiality Stipulation

Confidential-Subject to Confidentiality Stipulation

# EXPENSE REPORT

| NAME | DEPT OR SALES OFFICE | DEPT OR OFFICE | REPORT DATE | DATE OF TRIP FROM | TO |
|---|---|---|---|---|---|
| JOSEPH J. SULLIVAN | HUDSON CONSULTING GROUP | | JANUARY 3/07 | | |

BUSINESS PURPOSE: DEP Contract WP-206, 26W-12E

ACCOUNT NO. 05060

| DATE | TRANSPORTATION | | AUTOMOBILE EXPENSES | LOCAL TAXI, CARFARE, TOLL, ETC. | LODGING | MEALS (ITEMIZED BUSINESS) | | | ENTERTAINMENT | MISCELLANEOUS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | AIR, RAIL, BUS, ETC | LIMOUSINE, CAR RENTAL, ETC | | | | BREAKFAST | LUNCH | DINNER | | | |
| THU | | | | | | | | | | | $ |
| FRI | | | | | | | | | | | $ |
| SAT | | | | | | | | | | | $ |
| SUN | | | | | | | | | | | $ |
| MON | | | | | | | | | | | $ |
| TUE | | | | | | | | | | | $ |
| WED | | | | | | | | | | | $ |
| TOTAL | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $3838.xx |

AUTOMOBILE EXPENSES

| DATE | MILEAGE | AMOUNT |
|---|---|---|
| | | $ |

MISCELLANEOUS EXPENSES — DETAIL

| | AMOUNT |
|---|---|
| Scanton Tickets 1st Qtr 3563 | |
| Diamond Club — Qtr 275 | |

ENTERTAINMENT AND BUSINESS MEALS ONLY

| DATE | ENTERTAINED (NAME, COMPANY, TITLE) | PLACE | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|

EXPENSE SUMMARY

| | AMOUNT |
|---|---|
| TOTAL EXPENSES | 3838 — |
| REPORTED | |
| LESS CASH ADVANCE | |
| TOTAL DUE EMPLOYEE/EMPLOYER | |

INSTRUCTIONS
☐ DEDUCT FROM MY ADVANCE
☐ MAIL TO: _____

SIGNATURE _____ EXPENSE REPORT APPROVED BY _____ DATE 2/1/07

EXPENSE REPORT

## 2007 SEASON & PLAN INVOICE

JOE GUDDEMI
53 KALMIA ST
EAST NORTHPORT, NY 11731



12/13/06

| | | | Account # : | 635856 |
|---|---|---|---|---|
| 4 | METS SEATS | SEASON TICKETS @ $3558 per seat<br>MB 19-605C 1-4 | | $14,232.00 |
| 0 | DIAMOND CLUB MEMBERSHIPS | | | $0.00 |
| 0 | PRE-PAID PARKING | | | $0.00 |
| | | | HANDLING FEE | $20.00 |
| | | | TOTAL AMOUNT PAID | $14,252.00 |

PAID $14252

### CREDIT CARD PAYMENTS
CHECK ONE  ☐ AMEX  ☐ VISA  ☐ MASTERCARD  ☐ DISCOVER
CARD NUMBER
EXPIRATION DATE
NAME OF CARDHOLDER
SIGNATURE

1st QTR
$3,563 —

PLEASE MAKE CHECKS PAYABLE TO NEW YORK METS

PLEASE SEND PAYMENT ALONG WITH A COPY OF THIS INVOICE TO:

JOHN HAZELETT
NEW YORK METS GROUP SALES DEPARTMENT
SHEA STADIUM
123-01 ROOSEVELT AVENUE
FLUSHING, NY 11368-1699

IF THERE ARE ANY QUESTIONS
PLEASE CALL (718) 559-3046
FAX: (718) 507-7735

THANK YOU

Confidential-Subject to Confidentiality Stipulation

## 2007 SEASON & PLAN INVOICE



01/18/07

Account # : 635856

| | | |
|---|---|---|
| 0 | METS SEATS | |
| 4 | DIAMOND CLUB MEMBERSHIPS | $1,100.00 |
| | HANDLING FEE | $0.00 |
| | TOTAL AMOUNT PAID | $1,100.00 |

BALANCE PAID on 01/18/06

**CREDIT CARD PAYMENTS**
CHECK ONE: ☐ AMEX  ☐ VISA  ☐ MASTERCARD  ☐ DISCOVER
CARD NUMBER _____
EXPIRATION DATE _____
NAME OF CARDHOLDER _____
SIGNATURE: _____

1st QTR
#275

PLEASE MAKE CHECKS PAYABLE TO  NEW YORK METS

PLEASE SEND PAYMENT ALONG WITH A COPY OF THIS INVOICE TO:

JOHN HAZELETT
NEW YORK METS GROUP SALES DEPARTMENT
SHEA STADIUM
123-01 ROOSEVELT AVENUE
FLUSHING, NY 11368-1699

IF THERE ARE ANY QUESTIONS
PLEASE CALL (718) 559-3046
FAX  (718) 507-7735

THANK YOU

Confidential-Subject to Confidentiality Stipulation