# EXHIBIT T

07/01/2009  19:12    2038382466                    J & R                                    PAGE  04


Office



# J & R Rey Electric
44-11 SIXTYFIFTH STREET
WOODSIDE, N.Y. 11377
(646)210-7205 fax (203)838-2468

Invoice No. 0605-97

## INVOICE

**Customer**
| | | |
|---|---|---|
| Name | SCHLESINGER ELECTRIC CO. | |
| Address | 884 BERGEN STREET | |
| City | BROOKLYN   State N.Y.   ZIP 11238 | |
| Phone | | |

| | |
|---|---|
| Date | 1/23/08 |
| Order No. | 26WARD |
| Requisition | 897 WEEK 4 |
| Job # | 0605 |

| Hours | Description | Pay Rate | Total Pay |
|---|---|---|---|
| | GUDDEMI, J. | $774.91 | |
| | OVERHEAD   5% | $38.75 | |
| | | SubTotal | $813.66 |
| | | TOTAL | $813.66 |

**Payment Details**
● 
○ 
○

# J & R Rey Electric Contractors, Inc.

4411 SIXTY-FIFTH ST.
WOODSIDE, NY 11377
(46) 210-7205 • FAX (203) 838-2466

January 24, 2008

Schlesinger Electric Co.
664 Bergen Street
Brooklyn, N. Y. 11238

Att: Jacob Levita

Ref: Weekly Payments to Mr. Gudemmi

Gentlemen:

    J&R Rey Electric has been making weekly payments for payroll to Mr. Gudemmi since 2006 as directed by Mr. Solomon and Mr. Levita.

    J&R Rey Electric had been reimbursed for most of these payrolls.

    To date there are open invoices for Mr. Gudemmi in the amount of $4000.88.

    There seems to be a disagreement between Mr. Solomon and Mr. Levita and no reimbursement has been made to J&R Rey Electric.

    J&R Rey Electric is therefore discontinuing these payroll payments as of the last invoice number 97 WEEK 4.

    No payments will be made any longer until full payment is made for the open invoices.

Very truly yours,

John Rey

cc: Mr. R. Solomon
cc: Mr. J. Gudemmi