# EXHIBIT U

 

| Construction Deficiency Report | | | | CD No.: 312E1-037 |

### NYC Department of Environmental Protection

### WM-11 Croton Water Treatment Plant

| Contract No.: | CRO-312E1 | | | |
|---|---|---|---|---|
| Contractor: | Schlesinger-Siemens Electrical, LLC | | | |
| Building Location: | Various Locations | Equipment Type and No.: N/A | Drawing No./Spec. Section: | Spec. 16131 |

Description of Deficiency: Use of Unapproved Product

Schlesinger Siemens Electrical LLC (SSE) is using WALSALL conduit couplings in various locations. This product is has not been submitted to the Engineer for approval nor is the manufacturer/vendor been approved. Specification 16131 states that, "material specifications shall be submitted for the approval of the Engineer..."or equal" materials are to be approved by the Engineer."

| Reported By: | Name: Hooshang Sharif | Signature: | Date: 5/27/2010 |
|---|---|---|---|
| Approved By: | Name: Steve Hammel | Signature: | Date: 5/27/2010 |

Disposition: [ ] Repair    [X] Replace    [ ] To Engineer (Requires Design Input)    [ ] Accept As Is    [ ] Scrap

Disposition Details: Schlesinger Siemens Electrical LLC (SSE) is to replace the WALSALL conduit couplings with an approved coupling or submit the WALSALL coupling for approval.

| | | Expected Completion Date: | 6/11/2010 |
|---|---|---|---|
| QA Review of Disposition: | Name: Mel V. Garofalo | Signature: M. Garofalo | Date: 5/27/10 |
| Disposition Verification of Contractor's Repair by Inspector: | Name: | Signature: | Date: |
| Deputy Resident Engineer's Approval: | Name: | Signature: | Date: |