# EXHIBIT V

## UL Warns of Electrical Metallic Tubing (EMT) With Inadequate Corrosion Protection



NORTHBROOK, Ill., May 13 /PRNewswire/ -- Underwriters Laboratories (UL) is notifying AHJs, electrical contractors, electricians and retailers that the Electrical Metallic Tubing (EMT) products, manufactured by Guangdong Walsall Steel Pipe Industrial Co., Ltd. and identified below, may not be adequately protected against corrosion. These products display a UL Listing Mark for the U.S. and Canada; however, products purchased at retailers and distributors were found not to comply with United States or Canadian safety standards and are not authorized to bear the UL Mark.

| | |
|---|---|
| Product Description: | Electrical Metallic Tubing (EMT) in lengths of up to 10 feet, and EMT formed in the shape of elbows and bends, in Trade Sizes of 1/2, 3/4, 1, 1-1/4, 1-1/2. 2, 2-1/2, 3, 3-1/2 or 4 inches. |
| Number of units: | Unknown quantity |
| Manufacturer: | Guangdong Walsall Steel Pipe Industrial Co. Ltd. <br> Shiqi Zhongshan Guangdong China |
| Defect: | These EMT products may not be adequately protected against corrosion. |
| Identification: | The affected EMT products are provided with a label that includes the UL Listing Mark, with the name Walsall, Providence Pipe Products, Inc. or Electrical Resource International as indicated in the following: |

E234340**    WALSALL*

C (UL) US LISTED

Electrical Metallic Tubing

Issue Number: XXXXXXXX

(where X represents any number or letter)

EMT

Made in China

*: Or Electrical Resource International or Providence Pipe Products, Inc.

**: Or E244932 or E312420

Example Label: Photos of the product and label are available at: http://www.ul.com/global/eng/pages/corporate/newsroom/publicnotices/.

About Underwriters Laboratories

UL is an independent product safety certification organization that has been testing products and writing Standards for Safety for more than a century. UL evaluates more than 19,000 types of products, components, materials and systems for more than 66,000 manufacturers annually. In total, there are more than 20 billion UL Marks appearing on products worldwide each year. UL's global family of companies and network of service providers includes 68 laboratory, testing and certification facilities serving customers in 102 countries. For more information, visit: www.ul.com