# EXHIBIT W

**From:** Clifford Weiner [mailto:crweiner@optonline.net]
**Sent:** Friday, February 24, 2012 10:57 AM
**To:** Tara M McCluskey
**Subject:** FW: Tests of zinc-coated conduit pipe and coupling - CRO-312

**From:** Schaffler, Jeffrey [mailto:jschaffl@panynj.gov]
**Sent:** Friday, November 04, 2011 9:59 AM
**To:** crweiner@optonline.net
**Subject:** FW: Tests of zinc-coated conduit pipe and coupling - CRO-312

;
**Subject:** Tests of zinc-coated conduit pipe and coupling - CRO-312

Preliminary results of tests performed by the BEDC QA Lab on samples of rigid steel conduit submitted by DOI indicate that all of the ¾ inch samples conform to the requirements of DEP General Specification 16131 with regard to coating for corrosion resistance. That is, the zinc coating on the conduit pipe was made by the hot dip galvanizing process and, further, the coatings meets the requirements of ANSI C80.1 and UL 6 with respect to minimum thickness and ability to withstand four 1-minute runs of the copper sulfate immersion test.

The submitted **pipe coupling** was found to be coated by a process other than hot-dip galvanizing and thus **does not conform** to the requirement of GS 16131. In addition, the coupling sample exhibited coating thickness less than the minimum specified by ANSI C80.1 and the coating did not pass the copper sulfate test of UL 6. If desired, the QA Lab can test samples selected from other lots of ¾ inch conduit couplings.

BEDC QA Lab

William Leong

**From:** Daly, Bernard
**Sent:** Wednesday, October 19, 2011 6:01 PM
**To:** Leong, William
**Cc:** steven_hammel@urscorp.com; JAMES MCELLIGOTT; Farrelly, Brian
**Subject:** RE: Electrical

William

The attached contains information on the rigid metal conduit including the zinc coating thickness of exterior zinc coating and the acceptable test methods including the Preece Test in accordance with ASTM A 239.

---

**From:** JAMES MCELLIGOTT [mailto:jmcelligott@doi.nyc.gov]
**Sent:** Wednesday, October 19, 2011 5:51 PM
**To:** Daly, Bernard
**Cc:** steven_hammel@urscorp.com
**Subject:** Fwd: Electrical

Hopefully this is what you were looking for i will be sending an other email with the others stuff you asked for.

Confidentiality Notice: This e-mail communication, and any attachments, contains confidential and privileged information for the exclusive use of the recipient(s) named above. If you are not an intended recipient, or the employee or agent responsible to deliver it to an intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete this communication from your computer. Thank you.

NOTICE: THIS E-MAIL AND ANY ATTACHMENTS CONTAIN INFORMATION FROM THE PORT
AUTHORITY OF NEW YORK AND NEW JERSEY AND AFFILIATES. IF YOU BELIEVE YOU HAVE
RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY,
PERMANENTLY DELETE THIS E-MAIL (ALONG WITH ANY ATTACHMENTS), AND DESTROY ANY
PRINTOUTS.