LAW OFFICE OF SEAN R. CALLAGY, ESQ.
Michael J. Smikun, Esq.
Mack-Cali Centre II
650 From Road, Suite 565
Paramus, New Jersey 07652
Attorneys for Plaintiff



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/12

IN THE UNITED STATES DISTRICT COURT
FOR THEW SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NEW YORK, EX REL. CLIFFORD WEINER, <br><br> Plaintiff, <br><br> v. <br><br> SIEMENS AG, SIEMENS CORPORATION, SIEMENS INDUSTRY, SIEMENS SCHLESINGER ELECTRIC and John Doe 1 through 100, <br><br> Defendants. | [PROPOSED] ORDER <br><br> 12 civ. 1466 |

The above matter having been brought before the Court upon letter application on this 1st day of March, 2012, by the Law Offices of Sean R. Callagy, Esq., LLC, Attorneys for Clifford Weiner ("plaintiff"), for an Order granting leave to file a Qui Tam Complaint and Caption under seal, Relator brings this action under 31 U.S.C. §§ 3729–3732 ("False Claims Act" or "FCA") and Art. XIII of the New York State Finance Law ("NY False Claims Act" or "NYFCA") to recover all damages, penalties and other remedies established by the False Claims Act, and the Court having considered the letter application filed by Clifford Weiner ("plaintiff"), and good cause having thus been shown, it is therefore,

On this _1st_ day of ____March____, 2012

ORDERED that Plaintiff letter application to file Qui Tam Complaint and Caption under seal is hereby GRANTED;

_____, J.S.C.

3/1/12

COPIES SENT TO:

Michael J. Smikun
Mack-Cali Centre II
Law Office of Sean R. Callagy, Esq.
650 From Road, Suite 565
Paramus, NJ 07652