


**UNITED STATES DISTRICT COURT**
**SOUTHERN DIVISION OF NEW YORK**

UNITED STATES OF AMERICA, STATE OF NEW YORK
ex rel. Clifford Weiner,

Plaintiff,

VS.

SIEMENS AG, SIEMENS CORPORATION, SIEMENS INDUSTRY, SIEMENS SCHLESINGER ELECTRIC, LLC, JOHN DOE'S 1-100 and JANE DOE CORPORATIONS 1-100

Defendants.

Docket No.: 12-CV-1466

**~~[PROPOSED]~~ ORDER FOR ADMISSION PRO HAC VICE**

The motion of Tara M. McCluskey, Esq., of The Law Offices of Sean R. Callagy, Esq., LLC, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of the New Jersey Supreme Court and that her contact information is as follows

Tara M. McCluskey, Esq.
The Law Office of Sean R. Callagy, Esq., LLC
Mack-Cali Centre II
650 From Road, Suite 565
Paramus, NJ 07652
Telephone: (201) 261-1700
Facsimile: (201) 549-6311
Tmccluskey@callagygroup.com
*Counsel for Plaintiff*

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Clifford Weiner in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: ~~March~~ April 12, 2012

Andrew L Carter Jr

United States District ~~/Magistrate Judge~~