UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF NEW YORK



UNITED STATES OF AMERICA, STATE
OF NEW YORK
    ex rel. Clifford Weiner,

Plaintiff,

VS.

SIEMENS AG, SIEMENS CORPORATION,
SIEMENS
INDUSTRY, SIEMENS SCHLESINGER
ELECTRIC, LLC, JOHN DOE'S 1-100 and
JANE DOE CORPORATIONS 1-100

Defendants.

Docket No.: 12-CV-1466

 **ORDER FOR ADMISSION PRO HAC VICE**

    The motion of Sean R. Callagy, Esq., of The Law Offices of Sean R. Callagy, Esq., LLC, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of the New York Supreme Court, Appellate Division Third Judicial Department; and that his contact information is as follows

Sean R. Callagy, Esq.
The Law Office of Sean R. Callagy, Esq., LLC
Mack-Cali Centre II
650 From Road, Suite 565
Paramus, NJ 07652
Telephone:   (201) 261-1700
Facsimile:   (201) 549-6311
SCallagy@callagygroup.com
*Counsel for Plaintiff*

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Clifford Weiner in the above entitled action;

1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: ~~March~~ 12, 2012
April

United States District ~~/ Magistrate Judge /~~