UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NEW YORK ex rel, Clifford Weiner,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS AG, SIEMENS CORPORATION, SIEMENS INDUSTRY, SIEMENS SCHLESINGER ELECTRIC, LLC, JOHN DOE'S 1-100 and JANE DOE CORPORATIONS 1-100,<br><br>Defendants. | 12 Civ. 1466 (ALC)<br><br>**UNDER SEAL** |

## ORDER

IT IS HEREBY ORDERED, that for good cause shown pursuant to 31 U.S.C. § 3730(b)(3), the time period for the United States to notify this Court of its decision whether to intervene in this action or decline to do so is hereby extended from April 30, 2012, to and including October 29, 2012.

Except as set forth in the Court's order dated April 9, 2012, which partially lifted the seal with regard to the Manhattan District Attorney's Office and any investigators working with that office, the complaint, any amended complaint, orders and all other documents submitted shall remain under seal pursuant to 31 U.S.C. § 3730 during that period and until further order of the Court.

The relator has included the State of New York as a plaintiff in the above-captioned case. Because it would not serve the interests of judicial economy to require the Court to consider a similar request for an extension of the seal and intervention deadline from the state, the extension of the seal and time to intervene until October 29, 2012, shall be deemed to be on behalf of the

State of New York as well.

SO ORDERED:

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE  4-24-12