

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NEW YORK ex rel., Clifford Weiner, <br><br>                Plaintiff, <br><br>      v. <br><br>SIEMENS AG, SIEMENS CORPORATION, SIEMENS INDUSTRY, SIEMENS SCHLESINGER ELECTRIC, LLC, JOHN DOE'S 1-100 and JANE DOE CORPORATIONS 1-100, <br><br>                Defendants. | 12 Civ. 1466 (ALC) <br><br>**UNDER SEAL** |

### ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), IT IS HEREBY ORDERED THAT:

1. The Government's Notice of Election to Decline Intervention shall be served by the plaintiff-relator upon defendants only after service of the complaint and amended complaint.

2. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda and materials, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts. The United States is entitled to intervene in this action, for good cause, at any time.

3. All orders of this Court shall be sent to the United States by the plaintiff-relator.

4. Should the plaintiff-relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED:

*[signature: Andrew L. Carter]*

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE   11-16-12