UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF NEW YORK

UNITED STATES OF AMERICA, STATE
OF NEW YORK
    ex rel. Clifford Weiner,

Plaintiff,

VS.

SIEMENS AG, SIEMENS CORPORATION, SIEMENS
INDUSTRY, SIEMENS SCHLESINGER ELECTRIC, LLC, JOHN DOE'S 1-100 and JANE DOE CORPORATIONS 1-100

Defendants.

Docket No.: 12-CV-1466

**UNDER SEAL**

~~[PROPOSED]~~ ORDER

IT IS ORDERED that the seal on this case be extended 30 days from December 28, 2012 to January 28, 2013.

SO ORDERED:

_____
HONORABLE ANDREW L. CARTER, JR., U.S.D.J.

12-21-12

1