**UNITED STATES DISTRICT COURT**
**SOUTHERN DIVISION OF NEW YORK**

UNITED STATES OF AMERICA, STATE
OF NEW YORK
    ex rel. Clifford Weiner,

Plaintiff,

VS.

SIEMENS AG, SIEMENS CORPORATION,
SIEMENS
INDUSTRY, SIEMENS SCHLESINGER
ELECTRIC, LLC, JOHN DOE'S 1-100 and
JANE DOE CORPORATIONS 1-100

Defendants.



Docket No.: 12-CV-1466

**UNDER SEAL**



████████ ORDER

IT IS ORDERED that the seal on this case be extended an additional three (3) weeks

from January 28, 2013 to February 18, 2013.

SO ORDERED:

HONORABLE ANDREW L. CARTER, JR., U.S.D.J. *1-25-13*

1