UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF NEW YORK



UNITED STATES OF AMERICA, STATE OF NEW YORK
    ex rel. Clifford Weiner,

Plaintiff,

VS.

SIEMENS AG, SIEMENS CORPORATION, SIEMENS
INDUSTRY, SIEMENS SCHLESINGER ELECTRIC, LLC, JOHN DOE'S 1-100 and JANE DOE CORPORATIONS 1-100

Defendants.

Docket No.: 12-CV-1466

**UNDER SEAL**

~~PROPOSED~~ ORDER

IT IS ORDERED that the seal on this case be extended six (6) months from February 18, 2013 to August 18, 2013.

SO ORDERED:

*/s/ Andrew L. Carter*
HONORABLE ANDREW L. CARTER, JR., U.S.D.J.
2-15-13

1