UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF NEW YORK

UNITED STATES OF AMERICA, STATE OF NEW YORK
    ex rel. Clifford Weiner,

        Plaintiff,

vs.

SIEMENS AG, SIEMENS CORPORATION, SIEMENS INDUSTRY, SIEMENS SCHLESINGER ELECTRIC, LLC, JOHN DOE'S 1-100 and JANE DOE CORPORATIONS 1-100

        Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-16-13

Docket No.: 12-CV-1466

**UNDER SEAL**

## ORDER

IT IS ORDERED that the seal on this case be extended two (2) months from August 18, 2013 to October 18, 2013.

SO ORDERED:

_____
HONORABLE ANDREW L. CARTER, JR., U.S.D.J.  8-16-13

1