UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA, STATE
OF NEW YORK
    ex rel. Clifford Weiner,

        Plaintiff,

            12 Civ. 1466(ALC)

      - against -

            ORDER

SIEMENS AG, SIEMENS CORPORATION,
SIEMENS INDUSTRY, SIEMENS
SCHLESINGER ELECTRIC, LLC, JOHN
DOES 1-100 and JANE DOE
CORPORATIONS 1-100,

        Defendant.
----------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    IT IS ORDERED that the seal on this case be extended an additional forty-five (45) days from December 2, 2013 to January 16, 2014.

    IT IS FURTHER ORDERED that a Status Conference is scheduled on this matter for Monday, January 6, 2014 at 2:30 pm. The parties shall appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1306.

Dated:   New York, New York
          December 4, 2013

SO ORDERED.

                              Andrew L. Carter, Jr.
                              United States District Judge