MEMO ENDORSED



**CALLAGY LAW**
Courageous · Compassionate · Committed

Mack-Cali Centre II
650 From Rd – Suite 565
Paramus, New Jersey 07652
Email: info@callagylaw.com
Web: callagylaw.com
Office: 201.261.1700
Fax: 201.261.1775

Sean R. Callagy+*

Partner
Benjamin D. Light+
David L. Aromando+*

Tara M. McCluskey+
JoAnne Baio LaGreca+*
Michael J. Smikun+*
Jennifer Chapla+*^
Matthew R. Major+
Rebecca Molnar+
Andrew P. Slowinski+
James Greenspan+*
Lauren E. Fradella+*
Kimberly A. Vanderhoef+*
Jorge J. Feliz+

+Member of the New Jersey Bar
*Member of the New York Bar
^Member of the Connecticut Bar

New York Office:
1133 Broadway
Suite 708
New York, NY 10010
(Reply to NJ Office)

January 6, 2014

**UNDER SEAL**

U.S. DISTRICT COURT FILED AUG 26 2019 S.D. OF N.Y.

**VIA EMAIL**
Hon. Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

RE: United States of America, State of New York *ex rel.* Clifford Weiner v. Siemens AG, Siemens Corporation, et al
Docket No.: 12-cv-1466

Dear Judge Carter:

This firm, and more specifically the undersigned, represents Relator Clifford Weiner ("Relator") in the above-referenced *qui tam* action filed under seal on February 28, 2012, pursuant to the Federal False Claims Act, as amended, 31 U.S.C. §§ 3729-33 ("Federal FCA") and the New York False Claims Act, Art. XIII of the New York State Finance Law ("NYFCA").

Due to an unforeseen personal matter, the attorney handling this matter would not be able to attend today's status conference. As such, Relator respectfully requests an adjournment. Kindly be advised that Counsel from New York State and United States have consented to this request.

Thank you for your Honor's kind consideration to this request.

Respectfully submitted,
CALLAGY LAW, LLC

SEAN R. CALLAGY

SRC/ma
cc: Mara Trager, Assistant United States Attorney
Scott Spiegelman, Assistant Attorney General for the State of New York

*Application granted. Status Conference adjourned to 1-15-14 at 11:00 a.m. So Ordered.*

/s/ Andrew L. Carter
1-6-14