UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

[SEALED],

           Plaintiff,

- against -

[SEALED],

           Defendants.



12 Civ. 1466 (ALC)

UNDER SEAL

### [PROPOSED] ORDER

Upon consideration of the State of New York's letter application to partially unseal this *qui tam* action, dated January 3, 2014, it is hereby ORDERED as follows:

1. The application is GRANTED;

2. The seal imposed by this Court on the file in this action by an Order dated March 1, 2012, is hereby lifted for the limited purpose of permitting the Office of the New York Attorney General or the United States, at their discretion, to disclose to the New York City Law Department and the Corporation Counsel of the City of New York any or all of (i) the existence of this action, (ii) the allegations set forth in the *qui tam* complaint and the complaint itself; (iii) this Court's Order dated March 1, 2012; and (iv) this Order.

3. Except as provided in the previous paragraph, all filings in this case, and on the Complaint for all other purposes, shall remain under seal until further order of this Court.

4. The Office of the New York Attorney General shall serve a copy of this Order upon the Relator and the United States within ten (10) business days of its receipt of this Order.

SO ORDERED:

New York, New York
January 15, 2014

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE