UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

[SEALED],

           Plaintiff,

- against -

[SEALED],

           Defendants.

12 Civ. 1466 (ALC)

**UNDER SEAL**

U.S. DISTRICT COURT FILED AUG 26 2019 S.D. OF N.Y. DS

4-5-14

### [PROPOSED] ORDER

Upon consideration of the State of New York's letter application, dated March 31, 2014, to extend the seal in this *qui tam* action from April 4, 2014 until October 4, 2014, it is hereby ORDERED as follows:

1. The application is GRANTED;

2. The seal imposed by this Court on the file in this action by an Order dated March 1, 2012 is hereby extended, and all filings in this case and the Complaint shall remain under seal until further order of this Court, except to the extent the Court has previously partially lifted the seal to permit certain disclosures.

3. The Office of the New York Attorney General shall serve a copy of this Order upon the Relator and the United States within ten (10) business days of its receipt of this Order.

4. It is FURTHER ORDERED that the State submit an ex parte status report to the Court no later than September 29, 2014.

SO ORDERED:

New York, New York
April 4, 2014

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE