

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
| --- | --- |
| [SEALED],<br><br>Plaintiff,<br><br>- against -<br><br>[SEALED],<br><br>Defendants. | 12 Civ. 1466 (ALC)<br><br>**UNDER SEAL** |

## ~~PROPOSED~~ ORDER

Upon consideration of the State of New York's letter application, dated

September 26, 2014, to (i) extend the seal in this *qui tam* action from October 4, 2014 until

February 4, 2015, and to (ii) partially unseal this *qui tam* action, it is hereby ORDERED as

follows:

1. The application is GRANTED.

2. The seal imposed by this Court on the file in this action by an Order dated

   March 1, 2012 is hereby extended, and all filings in this case and the

   Complaint shall remain under seal until further order of this Court, except to

   the extent the Court has partially lifted the seal to permit certain disclosures.

3. The seal imposed by this Court on the file in this action by an Order dated

   March 1, 2012, is hereby lifted for the limited purpose of permitting the New

   York City Law Department and the Corporation Counsel of the City of New

   York, at their discretion, to disclose to Siemens AG, Siemens Corporation,

   Siemens Industry, or Siemens Electrical, LLC (sued herein as Siemens

Schlesinger Electric, LLC), any or all of (i) the existence of this action, (ii) the

allegations set forth in the *qui tam* complaint and the complaint itself; (iii) this

Court's Order dated March 1, 2012; and (iv) this Order.

4.  The State of New York shall submit an *ex parte* status report to the Court no

    later than ~~January 29, 2015~~. January 8, 2015 .

5.  The State of New York shall serve a copy of this Order upon the Relator and

    the United States within ten (10) business days of its receipt of this Order.

SO ORDERED:

New York, New York
October **2**, 2014

HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE