

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*1-14-15*

[SEALED],

               Plaintiff,

       - against -

[SEALED],

            Defendants.

12 Civ. 1466 (ALC)

**UNDER SEAL**

 ORDER

Upon consideration of the State of New York's letter application, dated

January 8, 2015, to extend the seal in this *qui tam* action from February 4, 2015 until

June 4, 2015, it is hereby ORDERED as follows:

1. The application is GRANTED.

2. The seal imposed by this Court on the file in this action by an Order dated

   March 1, 2012 is hereby extended, and all filings in this case and the

   Complaint shall remain under seal until further order of this Court, except to

   the extent the Court has partially lifted the seal to permit certain disclosures.

3. The State of New York shall submit an *ex parte* status report to the Court no

   later than May 29, 2015.

4. The State of New York shall serve a copy of this Order upon the Relator and

   the United States within ten (10) business days of its receipt of this Order.

SO ORDERED:

New York, New York
January 14, 2015

HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE