

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| [SEALED], | |
| Plaintiff, | 12 Civ. 1466 (ALC) |
| - against - | |
| [SEALED], | UNDER SEAL |
| Defendants. | |

## ~~PROPOSED~~ ORDER

Upon consideration of the State of New York's letter application, dated May 29, 2015, to extend the seal in this *qui tam* action from June 4, 2015 until July 19, 2015, it is hereby ORDERED as follows:

1. The application is GRANTED.

2. The seal imposed by this Court on the file in this action by an Order dated March 1, 2012 is hereby extended, and all filings in this case and the Complaint shall remain under seal until further order of this Court, except to the extent the Court has partially lifted the seal to permit certain disclosures.

3. The State of New York shall submit an *ex parte* status report to the Court no later than July 14, 2015.

4. The State of New York shall serve a copy of this Order upon the Relator, the City of New York, and the United States within ten (10) business days of its receipt of this Order.

SO ORDERED:

New York, New York
June 3, 2015

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE