

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-15-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

[SEALED],

           Plaintiff,

  - against -

[SEALED],

           Defendants.

12 Civ. 1466 (ALC)

UNDER SEAL

### [PROPOSED] ORDER

Upon consideration of the State of New York's letter application, dated July 14, 2015, it is hereby ORDERED as follows:

1. The application is GRANTED.

2. The City of New York shall notify the Court whether it intends to supersede or intervene in this action no later than August 13, 2015. If the City of New York decides to supersede or intervene in this action, its superseding complaint or complaint-in-intervention must also be filed no later than August 13, 2015.

3. The City of New York Law Department shall have access to the sealed court file in this action.

4. The seal imposed by this Court on the file in this action by an Order dated March 1, 2012 is hereby extended, and all filings in this case and the

Complaint shall remain under seal until further order of this Court, except to the extent the Court has partially lifted the seal to permit certain disclosures.

5. The State of New York shall serve a copy of this Order upon the Relator, the City of New York, and the United States within ten (10) business days of its receipt of this Order.

SO ORDERED:

New York, New York
July 15, 2015

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE