



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
[SEALED]

                      Plaintiffs,

    -against-

[SEALED],

                      Defendants.
------------------------------------------------------------x

12 Civ. 1466 (ALC)

**UNDER SEAL**

[~~PROPOSED~~] ORDER

Upon consideration of the letter application, dated August 13, 2015, submitted by counsel for the City of New York (the "City"), it is hereby ORDERED that:

    1.    The application is GRANTED.

    2.    The City shall notify the Court whether it intends to supersede or intervene in this action no later than November 13, 2015. If the City decides to supersede or intervene in this action, its superseding complaint or motion to intervene shall be filed no later than November 13, 2015.

    3.    The seal imposed by this Court on the file in this action, by an Order dated March 1, 2012, is hereby extended, and all filings in this case shall remain under seal until further order of this Court, except to the extent that the Court has partially lifted the seal to permit certain disclosures.

*[This space is intentionally left blank.]*

4. The City shall serve a copy of this Order upon the Relator, the State of New York, and the United States within ten (10) business days of its receipt of this Order.

New York, New York
August 14, 2015

SO ORDERED:

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE