UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
[SEALED]

      Plaintiffs,

  -against-

[SEALED],

      Defendants.
------------------------------------------------------------x

12 Civ. 1466 (ALC)

**UNDER SEAL**

[~~PROPOSED~~] **ORDER**

DATE FILED: 9-22-15

  Upon consideration of the letter application, dated September 21, 2015, submitted by counsel for the City of New York (the "City"), it is hereby ORDERED that:

  1. The application is GRANTED.

  2. The seal imposed by this Court on the file in this action, by an Order dated March 1, 2012, is hereby lifted to the limited extent of (i) permitting the City and Defendants Siemens AG, Siemens Corporation, Siemens Industry, and Siemens Electrical, LLC (sued herein as Siemens Schlesinger Electric, LLC) (all such defendants collectively referred to as "Siemens") to disclose the existence of this action to Peter H. Woodin, Esq., and (ii) allowing the City to disclose to Siemens a copy of this Order.

  3. The City shall serve a copy of this Order upon the Relator, the State of New York, and the United States within ten (10) business days of its receipt of this Order.

New York, New York
September 22, 2015

          SO ORDERED:

         _____
         HONORABLE ANDREW L. CARTER, JR.
         UNITED STATES DISTRICT JUDGE