UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
[SEALED]                                               :
                                                       :
                          Plaintiffs,                  :       12 Civ. 1466 (ALC)
                                                       :
         -against-                                     :
                                                       :       **UNDER SEAL**
[SEALED],                                              :
                                                       :
                          Defendants.                  :
-----------------------------------------------------------------x

## [~~PROPOSED~~] ORDER

**WHEREAS**, Relator's complaint in this action asserts, *inter alia*, claims (the "NYFCA Claims") under the New York False Claims Act, New York State Finance Law §§ 189-194;

**NOW, THEREFORE, UPON** consideration of the letter motion, dated December 8, 2015, submitted by counsel for the City of New York (the "City"), it is hereby ORDERED as follows:

1. The motion is GRANTED.

2. The NYFCA Claims are dismissed, without prejudice, pursuant to 28 U.S.C. § 1367(c). No other claims or allegations in the Complaint shall be impacted by this Order. The Caption shall not be affected by this Order.

3. The seal imposed by this Court on the file in this action, by Order dated March 1, 2012, is hereby extended, and all filings in this case and the Complaint shall remain under seal until further order of this Court, except to the extent the Court has partially lifted the seal to permit certain disclosures. The seal shall remain in place pending a status conference, to be requested by Relator, regarding Relator's intent to continue to pursue the United States' claims against Defendants.

4. The City shall serve a copy of this Order upon the Relator, the State of New York, and the United States within ten (10) business days of its receipt of this Order.

New York, New York
December 11, 2015

SO ORDERED:

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE