```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  9/3/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**UNITED STATES OF AMERICA, ET AL.**,

                **Plaintiffs,**

     -against-

**SEIMANS HG, ET AL.**,

                **Defendants.**

-------------------------------------------------------------------- x

**1:12-CV-01466 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

     The Parties are hereby ORDERED to submit a joint status report to the Court on or before September 17, 2020.

**SO ORDERED.**

**Dated:**     **New York, New York**
               **September 3, 2020**

                                            _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**