AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

| | |
|---|---|
| U.S. ex rel. Weiner <br> Plaintiff (s), <br> V. <br> Siemens AG et al., <br> Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 1:12-cv-01466 (ALC) |

Notice is hereby given that, subject to approval by the court, __Clifford Weiner__ substitutes
(Party (s) Name)

__Adam Pollock__, State Bar No. __4518833__ as counsel of record in
(Name of New Attorney)

place of __Sean Callagy, Michael Smikun, and Tara McClouskey of Callagy Law, P.C.__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Pollock Cohen LLP
    Address:     60 Broad St., 24th Fl; New York, NY 10004
    Telephone:     (212) 337-5361     Facsimile     (347) 696-1227
    E-Mail (Optional):     Adam@PollockCohen.com

I consent to the above substitution.

Date:     9/17/2020     *Cliff Weiner*
(Signature of Party (s))

I consent to being substituted.

Date:
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:     Sept. 17, 2020     *[signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

# UNITED STATES DISTRICT COURT

<u>Southern</u> **District of** <u>New York</u>

U.S. ex rel. Weiner

Plaintiff (s),

V.

Siemens AG et al.,

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:12-cv-01466 (ALC)

Notice is hereby given that, subject to approval by the court, <u>Clifford Weiner</u> substitutes
(Party (s) Name)

<u>Adam Pollock</u>, State Bar No. <u>4518833</u> as counsel of record in
(Name of New Attorney)

place of <u>Sean Callagy, Michael Smikun, and Tara McClouskey of Callagy Law, P.C.</u>
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Pollock Cohen LLP
Address: 60 Broad St., 24th Fl; New York, NY 10004
Telephone: (212) 337-5361   Facsimile (347) 696-1227
E-Mail (Optional): Adam@PollockCohen.com

I consent to the above substitution.

Date: _____

(Signature of Party (s))

I consent to being substituted.

Date: 9/17/2020

Michael Smikun  *Digitally signed by Michael Smikun*
*Date: 2020.09.17 08:20:48 -04'00'*

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**