**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**UNITED STATES OF AMERICA, ET AL.,**
                         **Plaintiffs,**

    v.

**SEIMENS HG ET AL.,**

                         **Defendants.**
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/18/2020__

**1:12-cv-01466-ALC**
**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of the Parties' status report. ECF No. 64. It is hereby ORDERED that the Parties submit pre-motion conference letters regarding the next steps they have proposed to the Court, including but not limited to Plaintiff's wish to amend the complaint and begin discovery, and Defendant's wish to move to dismiss the complaint. These submissions should be made by October 2, 2020, with responses filed by October 7, 2020. The Court further sets a conference for October 14th at 10:00 a.m. Participants are directed to contact the Court at that date and time at (888) 363-4749 (access code: 3768660).

**SO ORDERED.**
**Dated: September 18, 2020**
       **New York, New York**

                                                                _____
                                                               **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**