UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NEW YORK *ex rel.* CLIFFORD WEINER<br><br>Plaintiffs,<br><br>-against-<br><br>SIEMENS AG, *et al*.<br><br>Defendants. | Case No.: 1:12-cv-01466-ALC<br><br>**ECF Case**<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action on behalf of Defendants Siemens Corporation, Siemens Industry, Inc., and Siemens Electrical, LLC, f/k/a Schlesinger-Siemens Electrical, LLC (together, the "Siemens Defendants"). The Siemens Defendants do not waive, and hereby expressly reserve, all objections as to insufficient service and/or lack of personal and subject matter jurisdiction.

The undersigned certifies that he is admitted to practice in this Court and requests that notice of electronic filing of all papers in this action be transmitted to him at the address below.

Dated:   October 13, 2020
         New York, New York

                                        Respectfully submitted,

                                        **BINDER & SCHWARTZ LLP**


                                        By:   /s/ Travis A. Gonyou
                                        Travis A. Gonyou
                                        366 Madison Avenue, 6th Floor
                                        New York, NY 10017
                                        Telephone:   212.933.4641
                                        Facsimile:   212-510-7299
                                        tgonyou@binderschwartz.com

                                        *Attorneys for Defendants Siemens Corporation, Siemens Industry, Inc., and Siemens Electrical, LLC*