**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NEW YORK *ex rel.* CLIFFORD WEINER<br><br>Plaintiffs,<br><br>-against-<br><br>SIEMENS AG, *et al*.<br><br>Defendants. | Case No.: 1:12-cv-01466-ALC<br><br>**ECF Case**<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Siemens Electrical, LLC is wholly owned by Siemens Industry, Inc., a privately held Delaware corporation.  Siemens Industry, Inc. is wholly owned by Siemens Corporation, a privately held Delaware Corporation.  Siemens Corporation is wholly owned by Siemens USA Holdings, Inc. (a Delaware corporation), which is wholly owned by Siemens Beteiligungen USA GmbH (a German corporation), which is wholly owned by Siemens Beteiligungen Inland GmbH (a German corporation), which is wholly owned by Siemens AG, which is publicly traded in Germany.  No other publicly held corporation owns 10% or more of the stock of Siemens Electrical, LLC, Siemens Industry, Inc., or Siemens Corporation.

Dated:  December 22, 2020
        New York, New York

**BINDER & SCHWARTZ LLP**

 /s/ Wendy H. Schwartz
Wendy H. Schwartz
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299
wschwartz@binderschwartz.com

*Attorneys for Siemens Corporation, Siemens Industry, Inc., and Siemens Electrical, LLC*