**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**United States of America, State of New York**
*ex rel.* **Clifford Weiner,**

                         Plaintiff,                      12 **CIVIL** 1466 (ALC)

        -against-                                **JUDGMENT**

**Siemens AG, et al.,**

                         Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 10, 2021, Defendants' motion to dismiss is **GRANTED IN PART** and **DENIED IN PART**; accordingly, this case is closed.

**Dated:** New York, New York
           August 11, 2021

                                                            **RUBY J. KRAJICK**
                                                              **Clerk of Court**
                                        **BY:**
                                                               **Deputy Clerk**