UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NEW YORK *ex rel.* CLIFFORD WEINER,<br><br>    Plaintiffs,<br><br>- against -<br><br>SIEMENS AG, SIEMENS CORPORATION, SIEMENS INDUSTRY, SIEMENS SCHLESINGER ELECTRIC, LLC, JOHN DOES 1-100, and JANE DOE CORPORATIONS 1-100,<br><br>    Defendants. | 1:12-cv-01466 (ALC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters an appearance on behalf of Plaintiff-Relator Clifford Weiner in the above-captioned case and should be included on all notices of electronic filing moving forward.

Dated: September 8, 2020
    New York, NY

POLLOCK COHEN LLP

By:   */s/ Agatha M. Cole*

Agatha M. Cole
60 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 337-5361
Email: agatha@pollockcohen.com

*Counsel for the Plaintiff-Relator,*
                    *Clifford Weiner*