UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *Plaintiffs*, -against- SIEMENS AG, et al., *Defendants*. | 12-cv-01466 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

The parties are directed to file a joint status report by **December 4, 2023.**

**SO ORDERED.**

Dated:   **November 29, 2023**
         **New York, New York**

_____
ANDREW L. CARTER, JR.
United States District Judge