**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA, et al,**

                    **Plaintiffs,**

            **-against-**

**SIEMENS AG, et al,**

                    **Defendants.**

**12-cv-01466 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, United States District Judge:**

      The Court is in receipt of the parties' joint letter dated December 4, 2023, ECF No. 96, and the Second Circuit opinion, ECF No. 94.  Relator Clifford Weiner is **ORDERED** to serve the Complaint upon Defendants.

**SO ORDERED.**

**Dated:**   **December 18, 2023**
          **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**