**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA, et al.,**

*Plaintiffs*,

-against-

**SIEMENS AG, et al.,**

*Defendants*.

**12-cv-01466 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Relator Clifford Weiner is directed to file a status report by November 1, 2024 indicating whether he intends to proceed in this action *pro se* or whether he has retained counsel.

**SO ORDERED.**

**Dated:       October 18, 2024**
**New York, New York**

                          **ANDREW L. CARTER, JR.**
                          **United States District Judge**