**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**UNITED STATES OF AMERICA, ET AL,**

                *Plaintiffs*,

        -against-

**SIEMENS AG, ET AL.,**

                *Defendants*.

------------------------------------------------------------------- x

**1:12-cv-01466 (ALC)**

**CONFERENCE ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephonic conference in this action on Tuesday, February 25, 2025 at 12 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

**Dated: February 21, 2025**
       **New York, New York**                              **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**