**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

**UNITED STATES OF AMERICA, ET AL,**

                *Plaintiffs*,

            **1:12-cv-01466 (ALC)**

    -against-

            **CONFERENCE ORDER**

**SIEMENS AG, ET AL.,**

                *Defendants*.

---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will hold a telephonic conference in this action on Tuesday, February 25, 2025 at 12 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated: February 24, 2025**
      **New York, New York**               _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**